**WANG, HARTMANN & GIBBS, P.C.**
A Professional Law Corporation
Richard F. Cauley (SBN: 109194)
Erick P. Wolf (SBN: 224906)
Larry E. Severin (SBN: 223409)
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281
Attorney for Plaintiff Swit Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, a China corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LITEPANELS LLC., a California limited liability company,<br><br>Defendant. | Case No. C07 02645 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNTIED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United State Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a Untied States District Judge.

Dated: June 6, 2007

WANG, HARTMANN & GIBBS
A Professional Law Corporation

By: _____/s/_____
Richard F. Cauley
Erick P. Wolf
Larry E. Severin
Attorney for Plaintiffs

- 1 -

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE