Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
K.T. Cherian (SBN 133967)
cheriank@howrey.com
Robert Kramer (SBN 181706)
kramerr@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant
LITEPANELS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **SWIT ELECTRONICS CO., LTD,** | Case No. C07 02645 JSW |
| Plaintiff, | Jury Trial |
| vs. | **[PROPOSED] ORDER GRANTING LITEPANELS, LLC'S MOTION TO DISMISS, OR TRANSFER** |
| **LITEPANELS, LLC,** | Hearing Date: July 20, 2007 |
| Defendant. | Time: |
| | Judge: Hon. Jeffrey S. White |
| | Courtroom: 2, 17th Floor |

Having considered the papers submitted in connection with Defendant's Motion to Dismiss Plaintiff's Complaint, the declarations in support thereof, arguments of counsel, and the law, and good cause appearing therefore, THE COURT HEREBY ORDERS AS FOLLOWS:

Defendant's Motion is GRANTED. Plaintiff's declaratory judgment action is dismissed under Federal Rule 12(b).

IT IS SO ORDERED.

Dated: _____

By: _____
The Honorable Jeffrey S. White
United States District Court Judge

HOWREY LLP

[PROP] ORDER GRANTING
LITEPANELS's MOTION

DM_US:20515271_1