Henry C. Bunsow (SBN 60707)
K.T. Cherian (SBN 133967)
Robert Kramer (SBN 181706)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: bunsowH@howrey.com
       cherianK@howrey.com
       kramerR@howrey.com

Attorneys for Defendant
LITEPANELS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD,<br><br>    **Plaintiff,**<br><br>    vs.<br><br>LITEPANELS, LLC,<br><br>    **Defendant.** | Case No. C-07-02645 (JSW)<br><br>**DECLARATION OF ROBERT F. KRAMER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS SWIT ELECTRONICS' COMPLAINT OR TRANSFER VENUE** |

I, Robert F. Kramer, declare as follows:

1. I am a member of the State Bar of California and admitted to practice in the Northern District of California. I am a partner of Howrey, LLP in San Francisco, California. I submit this declaration in support of Defendant Litepanels LLC's ("Litepanels") Motion to Dismiss Swit's Complaint or Transfer Venue. I have personal knowledge of the facts stated herein, and could and would competently testify to them under oath if called as a witness.

2. I am counsel of record for Litepanels, LLC in a patent infringement case captioned *Litepanels, LLC and Litepanels, Inc. v. Thomas McKay d/b/a Varizoom Lens Controls, Tom's Way,*

**HOWREY LLP**

KRAMER DECL. IN SUPP. OF MOT. TO DISMISS OR TRANSFER

Case No. C-07-02645 (JSW)

*Inc., and Swit Electronics Co., Ltd.*, Case No. 6:07-CV-239 (LED) pending in the United States District Court for the Eastern District of Texas filed on May 29, 2007 ("the Texas lawsuit"). A true and correct copy of the First Amended Complaint filed in the Texas lawsuit on June 14, 2007 is attached as Exhibit A.

3. Litepanels accuses Swit Electronics ("Swit"), Swit's Texas-based U.S. distributor, Varizoom Lens Controls, Varizoom's principal Mr. Thomas McKay, and Varizoom's affiliated corporation, Tom's Way Corp., in the Texas lawsuit of infringing Litepanel's U.S. Patent Nos. 6,948,823 and 7,163,302.

4. I am also counsel of record for Litepanels, in a patent infringement case captioned *Litepanels, LLC and Litepanels, Inc. v. Gekko Technology Ltd.*, Case No. 2-06cv-167 (LED) pending in the United States District Court for the Eastern District of Texas ("the Gekko Texas lawsuit"). The Gekko Texas lawsuit was filed and has been pending in the district court in Texas since April 19, 2006. In the Gekko Texas lawsuit, Litepanels accuses Gekko of infringing Litepanel's U.S. Patent Nos. 6,948,823 and 6,749,310. On May 1, 2007, United States District Judge Davis granted Litepanels leave to file an amended complaint to include, *inter alia*, a claim that Gekko also infringes Litepanels' United States Patent 7,163,302.

5. A true and correct copy of Litepanels' Second Amended Complaint filed in the Texas lawsuit on January 22, 2007 is attached as Exhibit B.

6. A true and correct copy of Judge Davis' Order dated May 1, 2007 granting Litepanels leave to file an amended complaint to include, *inter alia*, a claim that Gekko infringes Litepanels' United States Patent 7,163,302 is attached as Exhibit C.

7. A true and correct copy of the Docket Control Order dated November 29, 2006 entered by Judge Davis in the Gekko Texas lawsuit is attached as Exhibit D.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of June, 2007, in San Francisco, California.

/s/ Robert F. Kramer
Robert F. Kramer