# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LITEPANELS, LLC and<br>LITEPANELS, INC., | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | Civil Action No. 6:07-cv-239-LED |
| THOMAS MCKAY  d/b/a<br>VARIZOOM LENS CONTROLS, | §<br>§<br>§ | Jury Trial |
| TOM'S WAY, INC., and | §<br>§ | |
| SWIT ELECTRONICS CO., LTD | §<br>§ | |
| Defendants. | §<br>§ | |

## FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Litepanels, LLC and Litepanels, Inc. file this Complaint for infringement of United States Patent No. 6,948,823, a copy of which is attached as Exhibit "A," and United States Patent No. 7,163,302, a copy of which is attached as Exhibit "B," under 35 U.S.C. § 271, and in support thereof would respectfully show the Court the following:

## PARTIES

1.     Plaintiff Litepanels, LLC is a California limited liability company with its principal place of business at 10932 Burbank Blvd., North Hollywood, CA 91601. Litepanels, LLC is the owner of the patents-in-suit.

2.     Plaintiff Litepanels, Inc. is a California corporation with its principal place of business at 10932 Burbank Blvd., North Hollywood, CA 91601. Litepanels, Inc. is the exclusive licensee of the patents-in-suit from Litepanels, LLC.

3.      Upon information and belief, Defendant Thomas McKay d/b/a Varizoom Lens Controls ("Varizoom") is a resident of Texas and has a principal place of business at 11700 Bell Ave., Austin, Texas 78759 or 11339 Taylor Draper Lane, Austin, TX 78759.

4.      Upon information and belief, Varizoom is and has been the United States distributor for defendant Swit, and the sole importer of Swit lighting systems and accessories from China (including lighting products branded "Varizoom VZ S2000 On-camera LED light" and "Varizoom VZ S2010 Series On-camera LED light").

5.      Varizoom maintains an interactive website at www.varizoom.com through which lighting systems and accessories are available for purchase. Varizoom markets, advertises, sells, imports, and offers to sell camera accessory systems directly to consumers in the United States, Texas, and, upon information and belief in the Eastern District of Texas. Upon information and belief, Varizoom has induced, directed, contracted with, or encouraged distributors, resellers, and similar entities to sell camera accessory systems, including camera-mounted lighting systems to consumers in the United States and, more particularly, in the Eastern District of Texas.

6.      Upon information and belief, Defendant Tom's Way, Inc. ("TWI") is a Texas corporation and has a principal place of business at 11700 Bell Ave., Austin, Texas 78759 or 11339 Taylor Draper Lane, Austin, TX 78759.

7.      Upon information and belief, TWI is the United States distributor for Defendant Swit, and the sole importer of Swit lighting systems and accessories from China (including lighting products branded "Varizoom VZ S2000 On-camera LED light" and "Varizoom VZ S2010 Series On-camera LED light").

**PLAINTIFFS' FIRST AMENDED COMPLAINT**                                    Page 2

8.     TWI maintains an interactive website at www.varizoom.com through which lighting systems and accessories are available for purchase. TWI markets, advertises, sells, imports, and offers to sell camera accessory systems directly to consumers in the United States, Texas, and, upon information and belief in the Eastern District of Texas. Upon information and belief, TWI has induced, directed, contracted with, or encouraged distributors, resellers, and similar entities to sell camera accessory systems, including camera-mounted lighting systems to consumers in the United States and, more particularly, in the Eastern District of Texas.

9.     Defendant Swit Electronics Co., Ltd ("Swit") is a foreign corporation with a principal place of business at l0 Heng Tong Road, Xin'gang, Nanjing Economic and Technological Development Zone, 210038 Nanjing, China. Swit manufactures and sells lighting systems and accessories (including lighting products branded "S2000 On-camera LED light" and "S2010 Series On-camera LED light").

10.     Upon information and belief, Swit has contracted with Texas-based defendants Varizoom and/or TWI for product distribution throughout the United States including Texas, including the products accused of infringement in this action.  Swit also maintains an interactive website at www.swit-battery.com through which lighting systems and accessories are available for purchase, directly or indirectly, by consumers throughout the United States, including in Texas, and, more particularly, in the Eastern District of Texas.

11.     Upon information and belief, Swit advertises, sells, imports, and offers to sell lighting systems and accessories directly to consumers in the United States and, more particularly, in the Eastern District of Texas. Upon information and belief, Swit has induced,

directed, contracted with, or encouraged distributors, resellers, and similar entities to sell lighting systems and accessories to consumers in the United States and, more particularly, in the Eastern District of Texas.  Swit has sold, directly or indirectly, a lighting product accused of infringement in this action in the State of Texas and more particularly to a customer in this district.

## JURISDICTION AND VENUE

12.     This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, including 35 U.S.C. §§ 271 and 281-285. This Court has exclusive subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a).

13.     This Court has personal jurisdiction over Varizoom. Varizoom is a resident of Texas and has conducted and does conduct business within the State of Texas. Varizoom directly ships, imports, distributes, offers for sale, sells, and advertises (including the provision of an interactive web site that, *inter alia,* provided the means for consumers to directly order and purchase Varizoom products including those that infringe Litepanels' patents) its products and services in and to the United States, the State of Texas, and, upon information and belief, the Eastern District of Texas. The Varizoom website states that it has nine dealers in the State of Texas. Upon information and belief, Varizoom has induced, directed, contracted with, or encouraged resellers, and similar entities to sell lighting systems and accessories to consumers in the United States and, more particularly, in the Eastern District of Texas.

14.     Varizoom has purposefully and voluntarily placed infringing products and services in the stream of commerce with the expectation that such products will be

purchased by consumers in the Eastern District of Texas. Varizoom has committed patent infringement within the State of Texas and this District.

15.　　This Court has personal jurisdiction over TWI. TWI is a resident of Texas and has conducted and does conduct business within the State of Texas. TWI directly ships, imports, distributes, offers for sale, sells, and advertises (including the provision of an interactive web site that, *inter alia*, provided the means for consumers to directly order and purchase TWI products including those that infringe Litepanels' patents) its products and services in and to the United States, the State of Texas, and, upon information and belief, the Eastern District of Texas.

16.　　The TWI website states that TWI has nine dealers in the State of Texas. Upon information and belief, TWI has induced, directed, contracted with, or encouraged resellers, and similar entities to sell lighting systems and accessories to consumers in the United States and, more particularly, in the Eastern District of Texas. TWI has purposefully and voluntarily placed infringing products and services in the stream of commerce with the expectation that its products will be purchased by consumers in the Eastern District of Texas. TWI has committed the tort of patent infringement within the State of Texas and this District.

17.　　This Court has personal jurisdiction over Swit. Upon information and belief, Swit has conducted and does conduct business within the State of Texas. Upon information and belief, Swit contracted with Texas-based defendants Varizoom and/or TWI for distribution of products throughout the State of Texas and the United States.

18.　　Upon information and belief, Swit directly ships, imports, distributes, offers for sale, sells, and advertises (including the provision of an interactive web site that, *inter*

*alia,* links consumers to Swit distributors and resellers for the online purchase of goods) its products and services in and to the United States, the State of Texas, and the Eastern District of Texas. Upon information and belief, Swit has induced, directed, contracted with, or encouraged distributors, resellers, and similar entities to sell lighting systems and accessories to consumers in the United States and, more particularly, in the Eastern District of Texas.

19.     Swit has purposefully and voluntarily placed, directly or indirectly, infringing products and services in the stream of commerce with the expectation and understanding that such products will offered for sale, sold to and/or would be purchased by consumers in the Eastern District of Texas.   Swit has committed patent infringement within the State of Texas and this District.

20.     In the alternative this Court may also exercise personal jurisdiction over Swit under Federal Rule of Civil Procedure 4(k)(2), consistent with the Constitution and laws of the United States.

21.     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400.

## PATENT INFRINGEMENT

22.     United States Patent No. 6,948,823 (hereinafter "the '823 patent"), entitled "Wide Area Lighting Apparatus and Effects System," duly and legally issued on September 27, 2005, by the United States Patent and Trademark Office after fair and full examination. Litepanels, LLC is the assignee of all rights, title and interest in and to the '823 patent. Litepanels, Inc. is the exclusive licensee of the '823 patent from Litepanels, LLC.

23.     United States Patent No. 7,163,302 (hereinafter "the '302 patent"), entitled "Camera-Mounted Semiconductor Lighting Apparatus," duly and legally issued on January 16, 2007, by the United States Patent and Trademark Office after fair and full examination. Litepanels, LLC is the assignee of all rights, title and interest in and to the '302 patent. Litepanels, Inc. is the exclusive licensee of the '302 patent from Litepanels, LLC.

24.     Swit makes, uses, sells, imports, or offers to sell lighting systems in competition with Litepanels, LLC and Litepanels, Inc.

25.     Varizoom has used, sold, imported, or offered to sell lighting systems in competition with Litepanels, LLC and Litepanels, Inc.

26.     TWI has used, sold, imported, or offered to sell lighting systems in competition with Litepanels, LLC and Litepanels, Inc.

27.     Upon information and belief, Varizoom knowingly and willfully infringed the patents in suit by making, using, selling, importing, or offering to sell within the United States, or actively inducing others to make, use, sell, import, or offer to sell within the United States, goods that practice the patents in suit.

28.     Upon information and belief, TWI knowingly and willfully infringed the patents in suit by making, using, selling, importing, or offering to sell within the United States, or actively inducing others to make, use, sell, import, or offer to sell within the United States, goods that practice the patents in suit.

29.     Upon information and belief, Swit knowingly and willfully infringed and continues to infringe the patents in suit by making, using, selling, importing, or offering to sell within the United States, or actively inducing others to make, use, sell,

import, or offer to sell within the United States, goods that practice the patents in suit.

30.     Varizoom, TWI, and Swit have infringed and continue to infringe the patents in suit directly and through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

## Remedies

31.     Litepanels, LLC and Litepanels, Inc. have been damaged as a result of the infringing activities of Varizoom, TWI, and Swit and will continue to be damaged unless such activities are enjoined by this Court.

32.     Upon information and belief, infringement of the '823 patent and the '302 patent by Varizoom, TWI, and Swit is willful.

33.     Varizoom, TWI, and Swit have been given actual notice of Plaintiffs' rights in the '823 patent and the '302 patent and their infringement thereof by written notice, by filing suit or otherwise, or, in the alternative, have been given constructive notice pursuant to 35 U.S.C. § 287(a).

34.     Litepanels, LLC and Litepanels, Inc. will be irreparably harmed if infringement of the '302 patent, and the '823 patent by Varizoom continues.

## Jury Trial Demand

35.     Plaintiffs Litepanels, LLC and Litepanels, Inc. hereby demand a trial by jury pursuant to Federal Rule of Civil Procedure 38.

## Prayer For Relief

**WHEREFORE,** Plaintiffs Litepanels, LLC and Litepanels, Inc. respectfully request that the Court:

(a)     enter judgment for Litepanels, LLC and Litepanels, Inc. against Varizoom,

TWI, and Swit on this First Amended Complaint;

(b)     enter a judgment awarding Litepanels, LLC and Litepanels, Inc. all damages adequate to compensate it for Varizoom, TWI and Swit's infringement, such damages to be determined by a jury, and if necessary to adequately compensate Litepanels, LLC and Litepanels, Inc. for the infringement, an accounting with prejudgment interest.

(c)     enter a permanent injunction enjoining Varizoom, TWI, Swit and those acting in privity with and/or in concert with Varizoom, TWI and Swit from infringing the '823 patent during the remainder of the term of the '823 patent;

(d)     enter a permanent injunction enjoining Varizoom, TWI, Swit and those acting in privity with and/or in concert with Varizoom, TWI and Swit from infringing the '302 patent during the remainder of the term of the '302 patent;

(e)     enter judgment declaring that Varizoom, TWI and Swit willfully infringed the '823 and '302 patents and an award of enhanced damages pursuant to 35 U.S.C. § 284;

(f)     award Litepanels, LLC and Litepanels, Inc. their reasonable costs and attorneys' fees pursuant to 35 U.S.C. § 285;

(g)     award Litepanels, LLC and Litepanels, Inc. such other relief as this Court may deem is just and proper.

Dated: June 14, 2007                          Respectfully submitted,


                                    By: /s/ S. Calvin Capshaw
                                        S. Calvin Capshaw
                                        State Bar No. 03783900
                                        BROWN McCARROLL LLP
                                        1127 Judson Road, Suite 220,
                                        P.O. Box 3999
                                        Longview, Texas 75601-5157
                                        Telephone: (903) 236-9800
                                        Facsimile: (903) 236-8787
                                        E-Mail: ccapshaw@mailbmc.com

                                        Henry Bunsow
                                        California State Bar No. 60707
                                        K. T. Cherian
                                        California State Bar No. 133967
                                        Robert F. Kramer
                                        California State Bar No. 181706
                                        HOWREY LLP
                                        525 Market Street, Suite 3600
                                        San Francisco, California 94105
                                        Telephone: (415) 848-4900
                                        Facsimile: (415) 848-4999
                                        E-Mail: bunsowh@howrey.com
                                        E-Mail: cheriank@howrey.com
                                        E-Mail: kramerR@howrey.com

                                        **ATTORNEYS FOR PLAINTIFFS
                                        LITEPANELS, LLC and
                                        LITEPANELS, INC.**


## CERTIFICATE OF SERVICE

        I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of June, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                        /s/ S. Calvin Capshaw
                                        S. Calvin Capshaw