# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LITEPANELS, LLC and** | § | |
| **LITEPANELS, INC.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 2-06cv-167 |
| | § | |
| **GEKKO TECHNOLOGY LTD.** | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFFS' SECOND AMENDED COMPLAINT

Plaintiffs Litepanels, LLC and Litepanels, Inc. file this Second Amended Complaint for infringement of United States Patent No. 6,749,310, a copy of which is attached as Exhibit "A," and United States Patent No. 6,948,823, a copy of which is attached as Exhibit "B," under 35 U.S.C. § 271, and in support thereof would respectfully show the Court the following:

## PARTIES

1.      Plaintiff Litepanels, LLC is a California limited liability corporation with its principal place of business at 10932 Burbank Blvd., North Hollywood, CA 91601. Litepanels, LLC is the owner of the patent-in-suit.

2.      Plaintiff Litepanels, Inc. is a California corporation with its principal place of business at 10932 Burbank Blvd., North Hollywood, CA 91601. Litepanels, Inc. is the exclusive licensee of the patent-in-suit from Litepanels, LLC.

3.      Upon information and belief, Defendant Gekko Technology Ltd. ("Gekko") is a foreign corporation with its principal place of business at Unit 4, Gallery

Works, Common Lane, Kenilworth, United Kingdom CV8 2EL. Gekko manufacturers and sells light systems and accessories (including lighting products branded "kisslite", "lenslite", and "k-lite"). Gekko maintains an interactive website at www.gekkotechnology.com. Upon information and belief, Gekko markets, advertises, sells, imports, and offers to sell lighting systems and accessories directly to consumers in the United States and, more particularly, in the Eastern District of Texas. Upon information and belief, Gekko has induced, directed, contracted with, or encouraged distributors, resellers, and similar entities to sell lighting systems and accessories to consumers in the United States and, more particularly, in the Eastern District of Texas.

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, including 35 U.S.C. §§ 271 and 281-285. This Court has exclusive subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Gekko. Upon information and belief, Gekko has conducted and does conduct business within the State of Texas. Upon information and belief, Gekko directly ships, imports, distributes, offers for sale, sells, and advertises (including the provision of an interactive web site that, *inter alia*, directly links consumers to Gekko distributors and resellers for the online purchase of goods) its products and services in and to the United States, the State of Texas, and the Eastern District of Texas. Upon information and belief, Gekko has induced, directed, contracted with, or encouraged distributors, resellers, and similar entities to sell lighting systems and accessories to consumers in the United States and, more particularly, in the Eastern

District of Texas. Gekko has purposefully and voluntarily placed infringing products and services in the stream of commerce with the expectation that its products will be purchased by consumers in the Eastern District of Texas. Gekko has committed the tort of patent infringement within the State of Texas and this District. In the alternative, pursuant to the Constitution and laws of the United States (including Federal Rule of Civil Procedure 4(k)(2)), this Court has personal jurisdiction over Gekko, even if Gekko is not subject to the jurisdiction of the courts of general jurisdiction of any state, consistent with the Constitution and laws of the United States.

6. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1400.

**PATENT INFRINGEMENT**

7. United States Patent No. 6,749,310 (hereinafter "the '310 patent"), entitled "Wide Area Lighting Effects System," duly and legally issued on June 15, 2004 by the United States Patent and Trademark Office after fair and full examination. Litepanels, LLC is the assignee of all rights, title and interest in and to the '310 patent. Litepanels, Inc. is the exclusive licensee of the '310 patent from Litepanels, LLC. Litepanels, Inc. makes, uses, sells and offers to sell lighting systems that practice the '310 patent.

8. United States Patent No. 6,948,823 (hereinafter "the '823 patent"), entitled "Wide Area Lighting Apparatus and Effects System," duly and legally issued on September 27, 2005, by the United States Patent and Trademark Office after fair and full examination. Litepanels, LLC is the assignee of all rights, title and interest in and to the '823 patent. Litepanels, Inc. is the exclusive licensee of the '823 patent from Litepanels, LLC. Litepanels, Inc. makes, uses, sells and offers to sell lighting systems that practice the '823 patent.

9. Gekko makes, uses, sells, imports, or offers to sell lighting systems in competition with Litepanels, LLC and Litepanels, Inc. Upon information and belief, Gekko has knowingly and willfully infringed and is presently infringing the '310 patent and the '823 patent by making, using, selling, importing, or offering to sell within the United States, or actively inducing others to make, use, sell, import, or offer to sell within the United States, goods and services that practice the '310 patent and the '823 patent.

10. Gekko has infringed and continue to infringe the '310 patent and the '823 patent directly and through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

**Remedies**

11. Litepanels, LLC and Litepanels, Inc. have been damaged as a result of the infringing activities of VFGadgets and Gekko and will continue to be damaged unless such activities are enjoined by this Court.

12. Upon information and belief, infringement of the '310 patent and the '823 patent by Gekko is willful. For example, despite assurances from Gekko and/or its agents that it would not market, advertise, or offer to sell infringing products in the United States, Gekko has marketed, advertised, sold, and offered to sell lighting systems that infringe the '310 patent and the '823 patent.

13. Gekko have been given actual notice of Plaintiffs' rights in the '310 patent and the '823 patent and their infringement thereof by written notice, by filing suit or otherwise, or, in the alternative, have been given constructive notice pursuant to 35 U.S.C. § 287(a).

14. Litepanels, LLC and Litepanels, Inc. will be irreparably harmed if

**PLAINTIFFS' SECOND AMENDED COMPLAINT, Page 4**

infringement of the '310 patent and the '823 patent by Gekko continues.

## Bench Trial Demand

15. Plaintiffs Litepanels, LLC and Litepanels, Inc. request a bench trial and hereby withdraw any existing jury demand.

**WHEREFORE**, Plaintiffs Litepanels, LLC and Litepanels, Inc. respectfully request that the Court:

(a) enter judgment for Litepanels, LLC and Litepanels, Inc. against Gekko on this Second Amended Complaint;

(b) enter a permanent injunction to enjoin Gekko and those acting in privity with and/or in concert with Gekko from infringing the '310 patent during the remainder of the term of the '310 patent;

(c) enter a permanent injunction to enjoin Gekko and those acting in privity with and/or in concert with Gekko from infringing the '823 patent during the remainder of the term of the '823 patent;

(d) award Litepanels, LLC and Litepanels, Inc. their reasonable costs and attorneys' fees pursuant to 35 U.S.C. § 285; and

(e) award Litepanels, LLC and Litepanels, Inc. such other relief as this Court may deem is just and proper.

Respectfully submitted,

**McKOOL SMITH, P.C.**

By: /s/ Sam Baxter
    Sam Baxter
    State Bar No. 01938000
    sbaxter@mckoolsmith.com
    Robert M. Manley
    State Bar No. 00787955
    rmanley@mckoolsmith.com
    Christopher T. Bovenkamp
    State Bar No. 24006877
    cbovenkamp@mckoolsmith.com
    Martin C. Robson
    State Bar No. 24004892
    mrobson@mckoolsmith.com

300 Crescent Court, Suite 1500
Dallas, Texas 75201
214-978-4000 (Telephone)
214-978-4044 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS LITEPANELS, LLC and LITEPANELS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by appropriate international mail on this the 22nd day of January, 2007.

/s/Christopher T. Bovenkamp