# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LITEPANELS, LLC and LITEPANELS, INC. § § § § Plaintiffs § § CASE NO. 2:06-CV-167 vs. § PATENT CASE § GEKKO TECHNOLOGY, LTD. § § Defendant § | |

**ORDER**

Previously the Court ordered Gekko Technology, Ltd. to obtain counsel or face a default judgment. Counsel has appeared on behalf of Gekko. Since Gekko is represented by counsel, its arguments opposing Litepanels' motion for protective order are moot. Accordingly, the Court **GRANTS** Litepanels' motion (Docket No. 33). Litepanels has also filed several other motions, to which Gekko has not responded. Gekko has had adequate time since its counsel appeared to either respond to the motions or move to extend its deadline to do so. Gekko has done neither, so the Court assumes the motions are unopposed. *See* Local Rule CV-7(d), (e). Accordingly, the Court **GRANTS** Litepanels' motion for leave to amend its complaint to add U.S. Patent No. 7,163,302 (Docket No. 58), motion for leave to supplement its infringement contentions (Docket No. 59), and motion for leave to join David Amphlett as a party (Docket No. 64).

So ORDERED and SIGNED this 1st day of May, 2007.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**