# EXHIBIT C

# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7906
FACSIMILE (310) 203-7199
cvanderlaan@irell.com

March 21, 2007

**VIA FEDEX AND E-MAIL**

Varizoom Lens Controls
817 W Howard Lane
Austin, Texas 78753

**Attention: General counsel**

Re: **Cease and Desist Letter – U.S. Patent Nos. 6,948,823; 7,140,742; and 7,163,302**

Dear Sirs:

This letter follows up on our previous correspondence dated February 13, 2007. We have not yet received any reply from you.

Our prior letter explained that Varizoom Lens Controls is making, importing, selling (including leasing or renting), and/or offering to sell certain lighting products which appear to infringe a variety of patents owned by our client, Litepanels LLC, covering various lighting devices. Our client's patents include United States Patent No. 6,948,823 entitled "Wide Area Lighting Apparatus and Effects System", United States Patent No. 7,163,302 entitled "Camera-Mounted Semiconductor Lighting Apparatus," and United States Patent No. 7,140,742 entitled "Surface-Mount Semiconductor Lighting Apparatus." Copies of each of these patents are again enclosed or attached for your convenience.

The products identified in our prior letter included, for example, the VZ S2000 On-Camera LED Light and the VZ S2010 Series On-Camera LED Light. Again, we strongly recommend that you specifically review claims 45 and 72 of Patent No. 6,948,823 and claim 1 of Patent No. 7,163,302, as well as their associated dependent claims, among others. Despite our prior warning, Varizoom continues to commercially market the infringing products. We ask that Varizoom cease and desist from making, importing, selling, or offering to sell any products which infringe Litepanels' patents, and that Varizoom confirm in writing by no later than March 30, 2007 its agreement to halt any such activities.

Sincerely,

Christopher A. Vanderlaan

CAV:ck (Encls.)

1658318.1



US006948823B2

(12) **United States Patent**  (10) Patent No.:  **US 6,948,823 B2**
Pohlert et al.                (45) Date of Patent:     **Sep. 27, 2005**

(54) **WIDE AREA LIGHTING APPARATUS AND EFFECTS SYSTEM**

(75) Inventors: **Rudy G. Pohlert**, Calabasas, CA (US); **Pat Grosswendt**, Agoura, CA (US); **Kevin Baxter**, Saugus, CA (US); **Ken S. Fisher**, Los Angeles, CA (US)

(73) Assignee: **Contrast Lighting Services**, Calabasa, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 139 days.

(21) Appl. No.: **10/238,973**

(22) Filed: **Sep. 9, 2002**

(65) **Prior Publication Data**

US 2003/0072156 A1 Apr. 17, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/949,206, filed on Sep. 7, 2001, now Pat. No. 6,749,310.

(51) Int. Cl.[7] .............................................. G03B 15/02
(52) U.S. Cl. .............................. 362/11; 362/12; 362/13; 362/16; 362/18; 362/800
(58) Field of Search .................... 362/11–13, 16–18, 362/800

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,682,603 A | 6/1954 | Dine et al. ............. 240/1.3 |
| 3,794,828 A | 2/1974 | Arpino ................. 240/4.2 |
| 4,019,042 A | 4/1977 | Baliozian .............. 240/1.3 |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | 200 08 703 U1 | 9/2000 |
| EP | 1 072 884 | 1/2001 |

OTHER PUBLICATIONS

"Photographic Projects . . . Gene F. Rhodes . . . Feb. 6, 2002," website printout from www.photoprojects.net/ (Jan. 14, 2001).
"Special Lighting Nov. 13, 2001 . . . home," website printout from www.photoprojects.net/index8.html (Nov. 13, 2001).
"NERLITE Ring Illuminators," website printout from www.nerlite.com/products/ring.html (undated, printed out on Feb. 6, 2002).
NERLITE R–100 Series product information sheet (Jan. 30, 2002).
NERLITE R–70 plus Series Ring Illuminators product information sheet (Nov. 9, 2001).
NERLITE AR–100 Series Area Array Illuminators product information sheet (Nov. 15, 2001).
Edmund Industrial Optics, website printout from www.edmundoptics.com/IOD/DisplayProduct.cf?productid=1538 (undated, printed out Feb. 6,2002).

(Continued)

*Primary Examiner*—Stephen F Husar
(74) *Attorney, Agent, or Firm*—Irell & Manella LLP

(57) **ABSTRACT**

A lighting effects system comprises an arrangement of lamp elements, such as light-emitting diodes (LEDs) or other light elements, on a panel or frame. The panel or frame may be relatively lightweight, and may include one or more circuit boards for direct mounting of the lamp elements. The panel or frame may have an opening through which a camera can view. A mounting bracket and assembly may be used for attaching the panel or frame to a camera. The lamp elements may be electronically controllable so as to provide differing intensity levels, collectively, individually, or in designated groups, and may be strobed, dimmed or otherwise controlled according to manually selected or programmable patterns. Different color lamp elements may be mounted on the same panel/frame, and, in particular, daylight and tungsten colored lamp elements may be mounted on the same panel/frame and their relative intensities selectively controlled by control circuitry.

**94 Claims, 33 Drawing Sheets**





US007140742B2

(12) **United States Patent**  
Pohlert et al.

(10) Patent No.: **US 7,140,742 B2**  
(45) Date of Patent: *Nov. 28, 2006

(54) **SURFACE-MOUNT SEMICONDUCTOR LIGHTING APPARATUS**

(75) Inventors: **Rudy G. Pohlert**, Calabasas, CA (US); **Pat Grosswendt**, Agoura, CA (US); **Kevin Baxter**, Saugus, CA (US); **Ken S. Fisher**, Los Angeles, CA (US)

(73) Assignee: **Litepanels LLC**, North Hollywood, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/906,911**

(22) Filed: **Mar. 11, 2005**

(65) **Prior Publication Data**

US 2005/0122705 A1   Jun. 9, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/238,973, filed on Sep. 9, 2002, now Pat. No. 6,948,823, which is a continuation-in-part of application No. 09/949,206, filed on Sep. 7, 2001, now Pat. No. 6,749,310.

(51) Int. Cl.  
*G03B 15/02* (2006.01)

(52) U.S. Cl. .............................. 362/18; 362/6; 362/11; 362/293; 362/294; 362/800

(58) Field of Classification Search .................. 362/3, 362/6, 11–13, 16, 18, 293, 294, 800  
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,991,814 A | 2/1935 | Mitchell | 88/1 |
| 3,827,071 A | 7/1974 | Turpin | 95/1 R |
| 4,043,662 A | 8/1977 | Garfall | 355/71 |

(Continued)

FOREIGN PATENT DOCUMENTS

DE   200 08 703 U1   9/2000

(Continued)

OTHER PUBLICATIONS

Ringlite product, sold by Contrast Lighting Services, Inc. circa Sep. 21, 2001, described at www.fisherlight.com/level2/ringlite.html.

(Continued)

*Primary Examiner*—Stephen F Husar  
(74) *Attorney, Agent, or Firm*—Irell & Manella LLP

(57) **ABSTRACT**

A lighting effects system comprises an arrangement of lamp elements, such as light-emitting diodes (LEDs) or other light elements, on a panel or frame. The panel or frame may be relatively lightweight, and may include one or more circuit boards for direct mounting of the lamp elements. The panel or frame may have an opening through which a camera can view. A mounting bracket and assembly may be used for attaching the panel or frame to a camera. The lamp elements may be electronically controllable so as to provide differing intensity levels, collectively, individually, or in designated groups, and may be strobed, dimmed or otherwise controlled according to manually selected or programmable patterns. Different color lamp elements may be mounted on the same panel/frame, and, in particular, daylight and tungsten colored lamp elements may be mounted on the same panel/frame and their relative intensities selectively controlled by control circuitry.

**29 Claims, 28 Drawing Sheets**





US007163302B2

## (12) United States Patent
### Pohlert et al.

(10) Patent No.: **US 7,163,302 B2**
(45) Date of Patent: **Jan. 16, 2007**

(54) **CAMERA-MOUNTED SEMICONDUCTOR LIGHTING APPARATUS**

(75) Inventors: **Rudy G. Pohlert**, Calabasas, CA (US); **Pat Grosswendt**, Agoura, CA (US); **Kevin Baxter**, Saugus, CA (US); **Ken S. Fisher**, Los Angeles, CA (US)

(73) Assignee: **Litepanels LLC**, North Hollywood, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/161,578**

(22) Filed: **Aug. 8, 2005**

(65) **Prior Publication Data**
US 2005/0259409 A1    Nov. 24, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/238,973, filed on Sep. 9, 2002, now Pat. No. 6,948,823, which is a continuation-in-part of application No. 09/949,206, filed on Sep. 7, 2001, now Pat. No. 6,749,310.

(51) **Int. Cl.**
*G03B 15/02* (2006.01)

(52) **U.S. Cl.** .............................. 362/11; 362/3; 362/16; 362/293; 362/294; 362/800

(58) **Field of Classification Search** .................... 362/3, 362/6, 11–13, 16, 18, 293, 294, 800
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,991,814 A    2/1935    Mitchell ........................ 88/1
3,827,071 A    7/1974    Turpin ........................ 95/1 R

(Continued)

FOREIGN PATENT DOCUMENTS

DE         200 08 703 U1    9/2000

(Continued)

OTHER PUBLICATIONS

Ringlite product, sold by Contrast Lighting Services, Inc. circa sold Sep. 21, 2001, described at www.fisherlight.com/level2/ringlite.html.

(Continued)

*Primary Examiner*—Stephen Husar
(74) *Attorney, Agent, or Firm*—Irell & Manella LLP

(57) **ABSTRACT**

A lighting effects system comprises an arrangement of lamp elements, such as light-emitting diodes (LEDs) or other light elements, on a panel or frame. The panel or frame may be relatively lightweight, and may include one or more circuit boards for direct mounting of the lamp elements. The panel or frame may have an opening through which a camera can view. A mounting bracket and assembly may be used for attaching the panel or frame to a camera. The lamp elements may be electronically controllable so as to provide differing intensity levels, collectively, individually, or in designated groups, and may be strobed, dimmed or otherwise controlled according to manually selected or programmable patterns. Different color lamp elements may be mounted on the same panel/frame, and, in particular, daylight and tungsten colored lamp elements may be mounted on the same panel/frame and their relative intensities selectively controlled by control circuitry.

**26 Claims, 28 Drawing Sheets**

