# EXHIBIT E

# Tom's Way, Inc

# Fax

| | | | |
|---|---|---|---|
| **To:** | Lite Panels / Counsel | **From:** | Tom McKay |
| **Fax:** | 818-752-2437<br>310 277 1010 | **Pages:** | |
| **Phone:** | | **Date:** | |
| **Re:** | Cease+ Desist | **CC:** | |

☐ Urgent    ☑ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

3-28-07

Dear Mr. Vanderlaan,

I am Tom McKay. My company Tom's Way Inc. is the distributor for Swit.

I have only recently by email learned of the claims made and immediately contacted SWIT and also called Lite Panels. I spoke with one of the owners of Lite Panels as I guess you already know.

I told him and I will tell you I hold patents myself and I have the highest regard for these type of property rights. We are a small company and this request is coming at a very difficult time for me for both business timing and personal reasons.

I have forwarded your letter to SWIT and I have removed the light from my catalog (that was in print and at great expense) as well I have canceled the most recent order to swit and have asked them to look in to your claims..

SWIT has informed me that some or at least one of the areas in your claim of infringement is a component that they buy from the USA .

Lighting is or was a new category for my company so it is a small matter, but still inconvenient, to drop at this time.

Regardless I have stopped selling this product. I am traveling now and for most of the month of April as well have some personal matters that are taking me away. I will visit the Lite Panels Booth at NAB and if there is truly merit to the Lite Panels claim I will never sell this product or I will try to find another product that does not infringe.

Your client said that they have the SWIT product and so it would seem they could be very specific as to the complaints and infringement(s).

If your client would define their claim more specifically I would be interested to help change the SWIT product to their satisfaction. Or possibly leave it and participate in a licensing agreement.

The Lite Panel product is not one I have ever heard of being compared to the SWIT product and for several reasons that I think are apparent. The price point alone seperates the users of these products so I do not believe we have caused any damage or loss of sales to your client. Vidled is the only company with a similar product I have noticed.

Anyway this letter will be my notice to you that we are no longer selling this product as you have requested. I am leaving the country but plan to be back for NAB and then gone again until about May 7th.

Sincerely,

Tom McKay