Henry C. Bunsow (SBN 60707)
K.T. Cherian (SBN 133967)
Robert Kramer (SBN 181706)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: bunsowH@howrey.com
       cherianK@howrey.com
       kramerR@howrey.com

Attorneys for Defendant
LITEPANELS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, <br><br>Plaintiff, <br><br>vs. <br><br>LITEPANELS, LLC, <br><br>Defendant. | Case No. C-07-02645 (JSW) <br><br> DECLARATION OF RUDY G. POHLERT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS SWIT ELECTRONICS' COMPLAINT OR TRANSFER VENUE |

I, Rudy G. Pohlert, declare as follows:

1. I am one of the founding Managers of defendant Litepanels LLC. I have personal knowledge of the facts stated herein, and could and would competently testify to them under oath if called as a witness.

2. On March 23, 2007, I received a telephone call from Mr. Tom McKay, the principal of Varizoom, who indicated that he had received Litepanels' cease and desist letter. He further stated that he had reviewed our patents and that he would contact Swit to review the patents as well. He also stated that Swit may be interested in a licensing agreement involving the Litepanels patents.

HOWREY LLP

POHLERT DECL. IN SUPP. OF MOT. TO DISMISS OR TRANSFER        Case No. C-07-02645 (JSW)

3. In the same conversation, I told Mr. McKay that I prefer he speak with my partner, Ken Fisher, regarding this matter.

4. On March 28, 2007, Litepanels received a fax from Mr. McKay confirming his statements. (Attached as Exhibit E to Fisher Decl.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2007, in Los Angeles, California

*Rudy G. Pohlert*
Rudy G. Pohlert