Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
K.T. Cherian (SBN 133967)
cheriank@howrey.com
Robert Kramer (SBN 181706)
kramerr@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant LITEPANELS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>LITEPANELS, LLC,<br><br>    Defendant. | Case No. C-07-2645 JSW<br><br>**RE-NOTICE OF MOTION AND DEFENDANT LITEPANELS, LLC'S MOTION TO DISMISS OR TRANSFER VENUE**<br><br>Judge: Hon. Jeffrey S. White<br><br>Date: August 3, 2007<br>Time: 9:00 a.m.<br>Ctrm: 2, 17th Floor |

TO PLAINTIFF AND TO ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the hearing of Defendant Litepanels, LLC's ("Litepanels") Motion to Dismiss or Transfer Venue previously noticed for July 20, 2007, before the Honorable Jeffrey S. White, United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, is now noticed for hearing on August 3, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above Court, before the Honorable Jeffrey S. White.

Defendant Litepanels will move the Court to dismiss this action or, in the alternative, transfer this action to the Eastern District of Texas. The motion is based upon the Memorandum of Points and Authorities and Declarations of Ken Fisher, Rudy G. Pohlert, and Robert F. Kramer filed June 15,

1  2007 (Dkt. Nos. 10-13); the complete record and files of this action; the arguments of counsel; and
2  such additional evidence as the Court may consider.

3  Dated: June 20, 2007                    Respectfully submitted,

4                                          HOWREY LLP

6                                          By:    /s/*Robert F. Kramer*
7                                                 Robert F. Kramer
                                                  Attorneys for Defendant
8                                                 LITEPANELS, LLC

**HOWREY LLP**

Case No. C-07-2645 JSW                           -2-
RE-NOTICE OF DEFENDANT LITEPANELS, LLC'S
MOTION TO DISMISS OR TRANSFER VENUE
DM_US:20528923_1