WANG, HARTMANN & GIBBS, P.C.
A Professional Law Corporation
Richard F. Cauley (SBN: 109194)
Erick P. Wolf (SBN: 224906)
Larry E. Severin (SBN: 223409)
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

Attorney for Plaintiff Swit Electronics Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, a China corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LITEPANELS, LLC., a California limited liability company,<br><br>Defendant. | Case No. C07 02645 JCS<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

PLAINTIFF Swit Electronics Co., Ltd. hereby files the following Proof of Service on defendant Litepanels, LLC, a California limited liability company:

    1. Summons;

    2. Complaint;

    3. Civil Case Cover Sheet;

    4. Certificate of Interested Entities or Persons;

    5. Order Setting Initial Case Management Conference and ADR Deadlines;

    6. Case Management Conference Order;

    7. Standing Order;

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

8. Standing Order for all Judges of the Northern District of California;

9. Notice of Assignment of Case to a United States Magistrate Judge for Trial;

10. All Magistrate Judges' Uniform Standing Order from Motion Practice;

11. District Court Office Hours

Dated: June 21, 2007

WANG, HARTMANN & GIBBS
A Professional Law Corporation

By: _____
Richard F. Cauley
Erick P. Wolf
Larry E. Severin
Attorney for Plaintiffs

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Wang, Hartmann & Gibbs SBN 109194 <br> 1301 Dove St Ste 1050 <br> Newport Beach   CA   92660 <br> ATTORNEY FOR (Name) <br> Insert of Court Name of Judicial District and Branch Court if any <br> UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA <br> SHORT TITLE OF CASE <br> SWIT V. LITEPANELS | TELEPHONE NO: (949) 833-7834   FOR COURT USE ONLY |
| 1148943    (HEARING) Date    Time    Dept | Case Number: C0702645JCS <br> REFERENCE NO. S0521000 |

### PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:

   SUMMONS & COMPLAINT, DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES; BLANK CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SEE ATTACHMENT

3. A PARTY SERVED: Litepanels Llc, A California Limited Liability Company by serving Rudy Polhert, agent for service

   B PERSON SERVED: BECKY RICKERT, SECRETARY, PERSON AUTHORIZED TO RECEIVE CAUCASIAN FEMALE 40YRS 5'10" 190LBS, BROWN HAIR

4. ADDRESS: 10932 Burbank Blvd <br> N Hollywood   CA   91601

5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE

   ON 6/6/2007 AT 3:50:00 PM

   (b) BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:

   BECKY RICKERT, SECRETARY, PERSON AUTHORIZED TO RECEIVE CAUCASIAN FEMALE 40YRS 5'10" 190LBS, BROWN HAIR

   (1)(BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE GENERAL NATURE OF THE PAPERS

   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED

   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:

   D. ON BEHALF OF: Litepanels Llc, A California Limited Liability Company by serving Rudy Polhert, agent for service

   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 416.10 (CORPORATION)

7a. Person Serving: Humberto Palacio
   b. DDS Legal Support
   2900 Bristol St
   Costa Mesa, Ca 92626
   c. (714) 662-5555

   d. The fee for service was $89.90
   e. I am:
   (1)   not a registered California process server:
   (3) X registered California process server:
       (i) Independant Contractor
       (i) Registration No: 434/2627
       (i) County: oc/la

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6/15/2007

X /s/ Humberto Palacio

SIGNATURE

Form Approved for Optional Use Judicial Council of California <br> POS-010 [REV Jan 1 2007]

CRC 982(A)(23)

### PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Wang, Hartmann & Gibbs SBN 109194<br>1301 Dove St Ste 1050<br>Newport Beach CA 92660 | (949) 833-7834 | |

ATTORNEY FOR (Name)

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
SWIT V. LITEPANELS

| 1148943 | (HEARING) Date | Time | Dept | Case Number: C0702645JCS |
|---|---|---|---|---|
| | | | | REFERENCE NO. S0521000 |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON 06/07/07

5. b (4) AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT, DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES; BLANK CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SEE ATTACHMENT

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

Litepanels Llc, A California Limited Liability
Company by serving Rudy Polhert, agent for service

10932 Burbank Blvd
N Hollywood CA 91601

DECLARANT: Rebecca Galvan

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was $89.90
e. I am:
(1) X not a registered California process server:
(3)    registered California process server:
   (i) Employee
   (i) Registration No: 434
   (i) County: Orange

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6/15/2007

x _Rebecca Galvan_
SIGNATURE

PROOF OF SERVICE

TOTAL P.04

TOTAL P.02

| PETITIONER/PLAINTIFF: SWIT ELECTRONICS | CASE NUMBER |
|---|---|
| RESPONDENT/DEFENDANT: LITEPANELS | C0702645JCS |

ALL MAGISTRATE JUDGES' UNIFORM STANDING ORDER FOR MOTION PRACTICE

DISTRICT COURT OFFICE HOURS



## PROOF OF SERVICE  [CCP 1013A(3)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California, am over the age of eighteen (18), and not a party to the within action. My business address is: 1301 Dove Street, Suite 1050, Newport Beach, California 92660.

On June 21, 2007 I served the foregoing document, described as

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

on the interested parties in this action

XXX   by placing the true copies thereof (or the original where required by law) enclosed in sealed envelopes addressed as follows:

Henry C. Bunsow (bunsowh@howrey.com)
K.T. Cherian (cheriank@howrey.com)
Robert Kramer (kramerr@howrey.com)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105


XXX   BY ELECTRONIC MAIL- I caused such document(s) to be delivered via Electronic mail to the above-mentioned address(es) on June 21, 2007.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing in the affidavit.

XXX   I declare that I am employed in the office of a member of the Bar of this Court, at whose discretion the service was made.

XXX   I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on June 21, 2007, at Newport Beach, California.

_Kelly Floyd_
Kelly Floyd