**WANG, HARTMANN & GIBBS, P.C.**
A Professional Law Corporation
Richard F. Cauley (SBN: 109194)
Erick P. Wolf (SBN: 224906)
Larry E. Severin (SBN: 223409)
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

Attorney for Plaintiff Swit Electronics Co., Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, a China corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LITEPANELS, LLC., a California limited liability company,<br><br>Defendant. | Case No. C07 02645 JCS<br><br>**PROOF OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE** |

PLAINTIFF Swit Electronics Co., Ltd. hereby files the Proof of Service for the Order Setting Case Management Conference and Requiring Joint Case Management Statement Conference Statement on defendant Litepanels, LLC, a California limited liability company:

Dated: June 21, 2007

WANG, HARTMANN & GIBBS
A Professional Law Corporation

By: _____
Richard F. Cauley
Erick P. Wolf
Larry E. Severin
Attorney for Plaintiffs

- 1 -

**PROOF OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE**

<u>**PROOF OF SERVICE**</u>  [CCP 1013A(3)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California, am over the age of eighteen (18), and not a party to the within action. My business address is: 1301 Dove Street, Suite 1050, Newport Beach, California 92660.

On June 15, 2007 I served the foregoing document, described as

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on the interested parties in this action

<u>XXX</u>  by placing the true copies thereof (or the original where required by law) enclosed in sealed envelopes addressed as follows:

Rudy Polhert
Agent for Service of Process
Litepanels LLC
10932 Burbank Blvd.
North Hollywood, CA 91601

<u>XXX</u>  BY FEDERAL EXPRESS - I caused such envelope to be delivered via Federal Express at Newport Beach, California on June 15, 2007.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing in the affidavit.

XXX  I declare that I am employed in the office of a member of the Bar of this Court, at whose discretion the service was made.

XXX  I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on June 15, 2007, at Newport Beach, California.

*/s/ Amber Yordy*
Amber Yordy

PROOF OF SERVICE [CCP 1013A(3)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California, am over the age of eighteen (18), and not a party to the within action. My business address is: 1301 Dove Street, Suite 1050, Newport Beach, California 92660.

On June 21, 2007 I served the foregoing document, described as

**PROOF OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE**

on the interested parties in this action

XXX  by placing the true copies thereof (or the original where required by law) enclosed in sealed envelopes addressed as follows:

Henry C. Bunsow (bunsowh@howrey.com)
K.T. Cherian (cheriank@howrey.com)
Robert Kramer (kramerr@howrey.com)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105

XXX  BY ELECTRONIC MAIL - I caused such document(s) to be delivered via Electronic mail to the above-mentioned address(es) on June 21, 2007.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing in the affidavit.

XXX  I declare that I am employed in the office of a member of the Bar of this Court, at whose discretion the service was made.

XXX  I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on June 21, 2007, at Newport Beach, California.

_____
Kelly Floyd