1 | Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
2 | K.T. Cherian (SBN 133967)
cheriank@howrey.com
3 | Robert Kramer (SBN 181706)
kramerr@howrey.com
4 | HOWREY LLP
525 Market Street, Suite 3600
5 | San Francisco, California 94105
Telephone: (415) 848-4900
6 | Facsimile: (415) 848-4999

7 | Attorneys for Defendant
LITEPANELS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SWIT ELECTRONICS CO., LTD, | Case No. C-07-02645 JSW |
|---|---|
| Plaintiff, | Jury Trial |
| vs. | **LITEPANELS, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
| LITEPANELS, LLC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Defendant, Litepanels, LLC, certifies that no publicly held corporation owns 10% or more of its stock and Litepanels, LLC has no parent corporation or subsidiaries. Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 27, 2007                       Respectfully submitted,

                                            HOWREY LLP


                                            By:     /s/*Robert F. Kramer*
                                                    Robert F. Kramer
                                                    Attorney for Defendant
                                                    LITEPANELS, LLC

HOWREY LLP

Case No. C-07-02645 JSW
LITEPANELS, LLC'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDRAL RULE OF CIVIL PROCEDURE 7.1 AND
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS