**WANG, HARTMANN & GIBBS, P.C.**
A Professional Law Corporation
Richard F. Cauley (SBN: 109194)
Erick P. Wolf (SBN: 224906)
Larry E. Severin (SBN: 223409)
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, a China corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LITEPANELS LLC., a California limited liability company,<br><br>Defendant. | Case No. C-07-02645 JSW<br><br>**DECLARATION OF ERICK P. WOLF IN SUPPORT OF PLAINTIFF SWIT'S OPPOSITION TO MOTION TO DISMISS OR TRANSFER VENUE** |

I, Erick P. Wolf, declare as follows:

1. I am a member of the State Bar of California and admitted to practice in the Northern District of California. I am an associate of Wang, Hartmann & Gibbs, P.C. in Newport Beach, California. I submit this declaration in support of Plaintiff Swit's Opposition to Motion to Dismiss or Transfer Venue. I have personal knowledge of the facts stated herein, and could and would competently testify to them under oath if called as a witness.

2. According to Litepanels' website at www.litepanels.com, Litepanels has a distributor, CA Media Solutions, located at 536 Stone Road, Suite B, Benicia, CA 94510, with a telephone number of 707-746-8273. In accordance with a search performed on

1  www.mapquest.com, Benicia is approximately 30 miles from Oakland, 37 miles from San
2  Francisco, 23 miles from Napa, and 32 miles from Sonoma.
3        3.    On Friday, June 29th, I called CA Media and spoke with a woman who identified
4  herself as Debbie.  I asked Debbie if CA Media Solutions would sell Litepanels' products to a
5  business located in San Jose.  In response, Debbie assured me that CA Media sells Litepanels'
6  product all over the world, including Germany.  Debbie then confirmed that CA Media has sold
7  Litepanels' products to businesses in San Jose and all over the Bay Area.
8        4.    On Tuesday, July 3rd, I called Litepanels' distributor Express Video Supply
9  ("EVS") at 1620 Flower Street, Glendale, CA 91201, telephone number: 800.238.8480.  I spoke
10 with Tommy who explained that it would be no problem to ship Litepanels products to the Bay
11 Area, in particular San Jose if needed.  He stated that as long as the billing address on the credit
12 card is the same as the shipping address it should be no problem.
13       5.    On Tuesday, July 3rd, I called Litepanels' distributor Cinema Gadgets at 2817
14 West Magnolia Blvd. Suite A, Burbank, CA 91505, telephone number: 1-877-423-4382.  I spoke
15 with Mike and asked whether Cinema Gadgets shipped products to San Jose.  Mike indicated
16 that he had shipped product to San Jose, even to Alaska at some point and that it would be no
17 problem to ship Litepanels products to San Jose.
18       6.    According to the Judicial Caseload Profiles for 2006, published by the Statistical
19 Office of the Administrative Office of the United States Courts, the median time from filing to
20 trial is 27.5 months in this Court as opposed to 14.5 months in the Eastern District of Texas.
21       I declare under penalty of perjury that under the laws of the United States of America that
22 the foregoing is true and correct.
23       Executed this 13th day of July 2007, in Newport Beach, California.
24
25                 /s/Erick P. Wolf
                   Erick P. Wolf
26
27
28

- 2 -

**DECLARATION OF ERICK P. WOLF IN SUPPORT OF PLAINTIFF SWIT'S OPPOSITION TO MOTION TO DISMISS OR TRANSFER VENUE**