**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SWIT ELECTRONICS CO., LTD,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**LITEPANELS, LLC,**<br><br>　　　　Defendant. | Case No. C-07-02645 (JSW)<br><br>**DECLARATION OF KEN FISHER IN SUPPORT OF DEFENDANT'S REPLY REGARDING DEFENDANT'S MOTION TO DISMISS SWIT ELECTRONICS' COMPLAINT OR TRANSFER VENUE** |

I, Ken Fisher, declare as follows:

1. I am one of the founders of defendant Litepanels LLC. I have personal knowledge of the facts stated herein, and could and would competently testify to them under oath if called as a witness.

2. I am a named inventor on U.S. Patent Nos. 7,163,302, 6,948,823 and 7,140,742, which are the patents-in-suit in this action, and thus I am familiar with the claims and underlying technology of these patents.

3. On June 18, 2007, Litepanels filed a Third Amended Complaint in an action captioned *Litepanels, LLC and Litepanels, Inc. v. Gekko Technology, Ltd. and David Amphlett*, Civil Action No. 2-06cv-167, in the United States District Court for the Eastern District of Texas (the "*Gekko* Lawsuit"). Attached as **Exhibit A** is a true and correct copy of the Third Amended Complaint filed on June 18, 2007 in the *Gekko* Lawsuit in Texas (without exhibits, which are a copy of the patents-in-suit). In the *Gekko* Lawsuit, plaintiffs accuse Gekko Technology and its affiliates of infringing U.S. Patent No. 6,749,310, U.S. Patent No. 6,948,823, and U.S. Patent No. 7,163,302 by making, selling

1  and importing lighting products covered by the inventions claimed in these patents. (Exhibit A [Third
2  Amended Complaint], ¶¶ 24-26).

3      4. In Litepanels' patent infringement lawsuit against Swit pending in the Eastern District
4  of Texas, Litepanels accuses Swit of infringing the '823 and '302 patents. (Litepanels does not accuse
5  and is not accusing Swit or Swit's lighting products of infringing the '742 patent, and therefore, there
6  
7  is no dispute between the parties concerning the '742 patent in either the Texas action or in this
8  California action.)

9      5. I reviewed Plaintiff Swit's Opposition to Motion to Dismiss or Transfer Venue dated
10 July 13, 2007. Swit states in the Opposition that the accused products in the *Gekko* Lawsuit are
11 "ringlights," while Swit's accused products in this action are compact lights that sit on top of a camera
12 that are allegedly substantially different products. (Opposition, at 7.) I reviewed Swit's Opposition,
13 which states that this supposed substantial difference in products — "ringlights" versus compact lights
14 
15 — will make for "very different arguments regarding non-infringement and the accused products will
16 have different relationships to the patent claims." (*Id.*)

17     6. Swit's Opposition fails to recognize that Gekko's principal accused device in the *Gekko*
18 Lawsuit in Texas is a compact light that sits on top of a camera — the Gekko K-Lite product — which
19 is very similar if not in all relevant respects identical to the Swit lights accused of infringement in this
20 action. Many of the same sixteen claims of the '823 patent and the same twenty one claims of the '302
21 
22 patent are asserted against the Gekko light products in the *Gekko* Lawsuit in Texas and against Swit's
23 light product in this action.

HOWREY LLP

- 2 -
FISHER DECL. IN SUPP. OF REPLY RE: MOT. TO DISMISS OR TRANSFER
Case No. C-07-02645 (JSW)

DM_US:20586074_1

7. I have studied the Gekko light products as well as the Swit light products that are accused of infringing Litepanels' patents in these actions. The following table illustrates the strong similarity between the Gekko and Swit lights that are accused of infringing Litepanels' patents in these actions, including the overlapping claim terms and technology in these cases:

| **Litepanels patents -**<br>US 6,948,823 & '302 | **Gekko Product -**<br>Model: K-Lite<br>Camera-top light | **Swit products** –<br>Model: S2000 and S2010<br>Camera-top light |
|---|---|---|
| Fig. 36C – claim term:<br><br>Surface Mount<br><br> | **K-Lite**<br>(accused device in Texas)<br><br> | **Swit S2000 & S2010**<br>(accused device in Texas)<br><br> |
| Fig. 42C Claim term:<br><br>Integrated Lens Cover<br><br> | **K-Lite**<br><br> | **Swit S2000 & S2010**<br><br> |
| *The following product photos are provided to refute Swit's argument that the "accused Gekko and Swit products are quite different"* | K-Lite<br><br> | S2000<br><br> |

| K-Lite | S2010 |
|--------|-------|
|        |       |

8. A true and correct copy of a June 25, 2007 e-mail sent by Swit's attorney, Mr. Richard Cauley, to Litepanels' counsel is attached as **Exhibit B**. In his June 25 e-mail, Mr. Cauley confirms receiving a copy of the Litepanels First Amended Complaint For Patent Infringement filed against Swit et al in the Eastern District of Texas action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 19, 2007, in Los Angeles, California

_____
Ken Fisher