# EXHIBIT B

## McIntyre, Kim

| | |
|---|---|
| **From:** | Richard Cauley [rcauley@WHGLawFirm.com] |
| **Sent:** | Monday, June 25, 2007 5:10 PM |
| **To:** | Kramer, Robert |
| **Cc:** | Erick P. Wolf; Kelly Floyd |
| **Subject:** | Litepanels Amended Texas Complaint |

Rob:

I received Judy MacGregor's email attching a copy of your amended Texas complaint. I assume that this is a courtesy copy, as my understanding is that Swit has not yet been served with the first complaint. Please let me know if my information is incorrect.

Richard