**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SWIT ELECTRONICS CO., LTD,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**LITEPANELS, LLC,**<br><br>　　　　**Defendant.** | Case No. C-07-02645 (JSW)<br><br>**DECLARATION OF FRED HOLMES IN SUPPORT OF DEFENDANT'S REPLY REGARDING DEFENDAN'S MOTION TO DISMISS SWIT ELECTRONICS' COMPLAINT OR TRANSFER VENUE** |

I, Fred Holmes, declare as follows:

1. I am a shareholder and manager of Litepanels, LLC. If called up on to do so, I could and would testify truthfully as follows.

2. I reside in Eastern Oklahoma.

3. In Litepanels, LLC and Litepanels, Inc. v. Gekko Technology, LTD, Case No. 2:06-CV-167-LED, now pending in the Eastern District of Texas, I have appeared as the corporate representative on behalf of the Plaintiffs for court ordered mediation and at court hearings.

4. I anticipate being the corporate representative pursuant to Fed. R. Civ. Proc. Rule 30(b)(6) as to most subject matters in this matter whether the case be in the Northern District of California or the Eastern District of Texas.

5. The courthouse in Tyler, Texas is an approximately 4.5 hour trip from my location either by car or airplane. Whether I drive or fly, the trip from my home in Oklahoma and the San Francisco Bay area of California would be a much more significant and expensive trip and would routinely require me to stay overnight rather than return to the comfort of my own home.

HOWREY LLP

HOLMES DECL. IN SUPP. OF REPLY RE: MOT. TO DISMISS OR TRANSFER

Case No. C-07-02645 (JSW)

DM_US:20585923_1

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.

4   Executed on July 20, 2007, in Los Angeles, California

*Fred Holmes*
Fred Holmes