IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LITEPANELS, LLC,<br><br>　　　　Defendant. | Case No. C-07-02645 (JSW)<br><br>**DECLARATION OF HELEN CRAIG IN SUPPORT OF DEFENDANT'S REPLY REGARDING DEFENDAN'S MOTION TO DISMISS SWIT ELECTRONICS' COMPLAINT OR TRANSFER VENUE** |

I, Helen Craig, declare as follows:

1. I am the Chief Financial Officer of Litepanels, Inc. I have personal knowledge of the facts stated herein, and could and would competently testify to them under oath if called as a witness.

2. Litepanels, Inc. is a California start up corporation formed in 2005 that sells and rents lighting equipment primarily for professional use for film and television productions. Litepanels, Inc. has 11 employees and a single office located at 10932 Burbank Boulevard, North Hollywood, in Los Angeles, California. Our web site is www.litepanels.com.

3. Litepanels, Inc. does not have any offices, employees, own or rent any property or have any business operations in Northern California.

4. On May 17, 2007, the date that I understand plaintiff Swit filed this lawsuit, there were 18 dealers in Southern California and *no* dealers in the Northern District of California that sell Litepanels, Inc.'s products.

5. On June 7, 2007 CA Media Solutions located in Benecia, California, became a dealer that sells Litepanels, Inc.'s. To date, CA Media has purchased a total of 4 lighting systems from Litepanels Inc. worth $3,446. All of these purchases were made in the past three weeks, after the date I understand Swit filed suit against Litepanels LLC.

HOWREY LLP

CRAIG DECL. IN SUPP. OF REPLY RE: MOT. TO DISMISS OR TRANSFER

Case No. C-07-02645 (JSW)

6. Litepanels LLC is not an owner of Litepanels, Inc. Likewise, Litepanels, Inc. is not an owner of Litepanels LLC. Litepanels LLC is a licensing company. Litepanels LLC is not authorized and, in fact, does not sell or rent, and has never sold or rented, any lighting equipment or other products of Litepanels, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2007, in Los Angeles, California

_____
Helen Craig

07/19/2007 15:33    8187522437    LITEPANELS INC    PAGE 02/02