**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SWIT ELECTRONICS CO., LTD,** )<br><br>　　　**Plaintiff,** )<br><br>　vs. )<br><br>**LITEPANELS, LLC,** )<br><br>　　　**Defendant.** ) | Case No. C-07-02645 (JSW)<br><br>**DECLARATION OF KEVIN BAXTER IN SUPPORT OF DEFENDANT'S REPLY REGARDING DEFENDAN'S MOTION TO DISMISS SWIT ELECTRONICS' COMPLAINT OR TRANSFER VENUE** |

I, Kevin Baxter, declare as follows:

1.     I am a Vice President of Litepanels, Inc.  I have personal knowledge of the facts stated herein, and could and would competently testify to them under oath if called as a witness.

2.     The website of Litepanels, Inc. - www.litepanels.com - was created by Litepanels, Inc., and is owned and maintained by Litepanels, Inc. A true and correct copy with annotations of the contact page of the website, which was printed out on July 14, 2007, is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2007, in Los Angeles, California

Kevin Baxter

HOWREY LLP

BAXTER DECL. IN SUPP. OF REPLY RE: MOT. TO DISMISS OR TRANSFER

Case No. C-07-02645 (JSW)

DM_US:20585923_1