# EXHIBIT 4

Exhibit 4

# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7000
FACSIMILE (310) 203-7199
cvanderlaan@irell.com

February 13, 2007

**VIA CERTIFIED MAIL**

Varizoom Lens Controls
817 W Howard Lane
Austin, Texas 78753

Varizoom Lens Controls
P.O. Box 201990
Austin, Texas 78720

**Attention: General counsel**

Re: **Cease and Desist Letter – U.S. Patent Nos. 6,948,823, 7,140,742, and 7,163,302**

Dear Sirs:

This letter is intended to bring to your attention a variety of patents owned by our client, Litepanels LLC, covering various lighting devices. Our client's patents include United States Patent No. 6,948,823 entitled "Wide Area Lighting Apparatus and Effects System", United States Patent No. 7,163,302 entitled "Camera-Mounted Semiconductor Lighting Apparatus," and United States Patent No. 7,140,742 entitled "Surface-Mount Semiconductor Lighting Apparatus." Copies of each of these patents are enclosed.

It has come to our attention that Varizoom Lens Controls is making, importing, selling (including leasing or renting), and/or offering to sell certain lighting products which may infringe these patents. The subject products include, for example, the VZ S2000 On-Camera LED Light and the VZ S2010 Series On-Camera LED Light. It is recommended that Varizoom's review specifically include claims 45 and 72 of Patent No. 6,948,823 and claim 1 of Patent No. 7,163,302 as well as their associated dependant claims, among others.

We ask that Varizoom cease and desist from making, importing, selling, or offering to sell any products which infringe Litepanels' patents, and that Varizoom confirm in writing by no later than February 26, 2007 its agreement to halt any such activities.

Sincerely,

Christopher A. Vanderlaan

CAV:ck
Encls.

1627347.