# EXHIBIT 6

Exhibit   6

# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7906
FACSIMILE (310) 203-7199
cvanderlaan@irell.com

March 27, 2007

**VIA E-MAIL AND FEDERAL EXPRESS**

Varizoom Lens Controls
817 W Howard Lane
Austin, Texas 78753

> **CONFIDENTIAL SETTLEMENT DISCUSSIONS PURSUANT TO**
> Fed. R. Evid. 408; Calif. Evid. Code § 1152

**Attention: Mr. Thomas McKay**

Re: **Patent Infringement – U.S. Patent Nos. 6,948,823; 7,140,742; and 7,163,302**

Dear Mr. McKay:

This letter follows up on your telephone call of March 23, 2007 to the Litepanels office seeking additional information regarding my two previous letters to your company.

As you are most likely already aware, Litepanels has spent many years and expended considerable resources in literally creating and building the market for LED-based lighting products for the film and video industries, including producing the successful Litepanels Mini™ and similar products. To protect its substantial investment and efforts in this field, Litepanels vigorously enforces it patent rights, and is now greatly concerned about Varizoom's unauthorized use of its patented technology.

Patent infringement is defined under federal law (35 U.S.C. § 271) as:

> "whoever without authority makes, uses, **offers to sell**, or **sells** any patented invention, within the United States, **or imports** into the United States any patented invention during the term of the patent therefor, infringes the patent."

Having now completed an analysis on your Varizoom S2000 and S2010 products and determined that they infringe numerous Litepanels' patent claims, we insist that Varizoom <u>immediately cease and desist selling, offering to sell, showing or otherwise marketing, or importing</u> these infringing products within or into the United States or its territories. You are, in effect, trespassing on property that is not yours. This demand also includes that you remove the S2000 and S2010 models from the Varizoom website, and insure that these products are not displayed at the NAB tradeshow next month.

Please let me be clear that your actions to date are exposing you to significant legal damages including my client's lost profits. Such damages may be tripled by a court of law.

XXX.1

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

Varizoom Lens Controls
March 27, 2007
Page 2

Additionally, you could be required to pay my client's *attorney's fees* for willful disregard of my client's patent rights.

We trust that this matter can be disposed of promptly and without the need for litigation. If, however, you fail to comply with the foregoing requests, Litepanels will proceed in a manner appropriate to protect its valuable intellectual property rights. Should you wish to avoid having this dispute escalate to litigation, please advise me in writing by the close of business on Friday March 30, 2007 that Varizoom will cease and desist from importing, selling, and offering to sell the infringing products.

I am authorized, for the time being, to propose a settlement agreement to resolve this matter that, if accepted, would include a convenient not to sue Varizoom (including for past damages), provided that you agree to the cease and desist. We would prefer to work this out in an amicable fashion, but please be aware that the lawsuit complaint against Varizoom has already been prepared and shortly the entire matter will be referred to Litepanels' litigation counsel. I therefore look forward to your prompt reply.

Sincerely,

Christopher A. Vanderlaan

CAV:ck

xxx.12