# EXHIBIT 7

Exhibit   7

# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7906
FACSIMILE (310) 203-7199
cvanderlaan@irell.com

April 17, 2007

**VIA FAX, E-MAIL, AND HAND DELIVERY**

Swit Electronics Co. Ltd.
Nanjing China
Fax: +86 25 85805 298
Email: xwg@swit-battery.com

**Attention: Mr. William Xiao, VP**

Re:    **Patent Infringement – U.S. Patent Nos. 6,948,823; 7,140,742; and 7,163,302**

Dear Mr. Xiao:

This letter follows up on our discussions with your U.S. agent Varizoom regarding Swit's S2000 and S2010 lighting products. As you are certainly aware, your U.S. agent has agreed to cease and desist marketing these Swit products because they infringe a variety of patents owned by our client Litepanels, LLC, covering a variety of lighting apparatus including LED-based lighting devices. Our client's patents include United States Patent No. 6,948,823 entitled "Wide Area Lighting Apparatus and Effects System," United States Patent No. 7,163,302 entitled "Camera-Mounted Semiconductor Lighting Apparatus," and United States Patent No. 7,140,742 entitled "Surface-Mount Semiconductor Lighting Apparatus." Copies of these patents are enclosed for your review.

It has now come to our intention that, despite the agreement of its U.S. agent to withdraw from the market, Swit itself is currently displaying the above mentioned infringing products at the industry's largest tradeshow - The National Association of Broadcasters Tradeshow – in Las Vegas, Nevada.

Swit's actions are of grave concern to Litepanels, which has spent many years and expended considerable resources in literally creating and building the market for LED-based lighting products for the film and video industries. These efforts include producing the successful Litepanels Mini™ and similar products. To protect its substantial investments and efforts in this field, Litepanels vigorously enforces it patent rights, and does not permit the unauthorized use of its patented technology by Swit or others.

Patent infringement is defined under federal law (35 U.S.C. § 271) as:

"whoever without authority makes, **uses, offers to sell,** or **sells** any patented invention, within the United States, **or imports** into

XXX.1

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

Swit Electrinics
April 17, 2007
Page 2

the United States any patented invention during the term of the patent therefor, infringes the patent."

As your U.S. agent has presumably informed you, the S2000 and S2010 products infringe numerous Litepanels' patent claims. Therefore, we insist that Swit <u>immediately cease and desist selling, offering to sell, showing or otherwise marketing, or importing</u> these infringing products within or into the United States or its territories. You are, in effect, trespassing on property that is not yours. <u>This demand also includes that you immediately stop displaying these products at the NAB tradeshow.</u>

Please let me be clear that your actions to date are exposing you to significant legal damages including my client's lost profits. Such damages could be tripled by a court of law. Additionally, you could be required to pay my client's attorney's fees for willful disregard of my client's patent rights.

We trust that this matter can be disposed of promptly and without the need for litigation. If, however, you fail to comply with the foregoing requests, Litepanels will proceed in a manner appropriate to protect its valuable intellectual property rights

I am authorized, for the time being, to propose an arrangement to resolve this matter that, if accepted, would include a convenant not to sue Swit (including for past damages), provided that you agree to the cease and desist. I look forward to your prompt reply.

Sincerely,

Christopher A. Vanderlaan

CAV:ck