| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 60707) |
| | bunsowH@howrey.com |
| 2 | K.T. Cherian (SBN 133967) |
| | cherianK@howrey.com |
| 3 | Robert Kramer (SBN 181706) |
| | kramerR@howrey.com |
| 4 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 5 | San Francisco, California 94105 |
| | Telephone: (415) 848-4900 |
| 6 | Facsimile: (415) 848-4999 |
| 7 | Joshua A. Burt (SBN 222302) |
| | burtj@howrey.com |
| 8 | HOWREY LLP |
| | 550 South Hope Street, Suite 1100 |
| 9 | Los Angeles, California 90071 |
| | Telephone: (213) 892-1946 |
| 10 | Facsimile (213) 402-8137 |
| 11 | |
| 12 | Attorneys for Defendant LITEPANELS, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, a China Corporation, | ) Case No. C07 02645 JSW |
| | ) Jury Trial |
| Plaintiff, | ) |
| | ) **LITEPANELS, LLC'S AND LITEPANELS,** |
| vs. | ) **INC.'S NOTICE OF MOTION AND** |
| | ) **MOTION TO CONTINUE THE INITIAL** |
| LITEPANELS, LLC, a California limited liability company, and LITEPANELS INC., a California corporation,__ | ) **CASE MANAGEMENT CONFERENCE** |
| | ) **UNTIL DEFENDANTS' PENDING** |
| | ) **MOTION TO DISMISS THE COMPLAINT** |
| | ) **OR TRANSFER THE ACTION IS DECIDED** |
| Defendants. | ) |
| | ) Date: August 10, 2007 |
| | ) Time: 9:00 a.m. |
| | ) Ctrm: 2, 17th Floor |
| | ) Judge: Honorable Jeffrey S. White |
| | ) |

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

HOWREY LLP

- 1 -

Case No. C07 02645 JSW
DEFENDANTS' MOT. TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

Defendant Litepanels, LLC and Litepanels, Inc. (collectively "Defendants") respectfully moves pursuant to Judge White's Civil Standing Order No. 3, Judge White's June 14, 2007 Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement ("Scheduling Order") and Civil Local Rule 7-11 to continue the Initial Case Management Conference currently scheduled to be held on August 24, 2007 at 1:30 p.m. and put this conference on calendar, if necessary, after Defendants' Motion to Dismiss or Transfer Venue is decided. Defendants further requests that the Court shorten time for a hearing on this administrative motion so that, if the Court determines that a hearing on this administrative request is necessary, it would be held before August 17, 2007, the date that the parties' are required to file a Joint Case Management Statement and Discovery Plan per the Court's Scheduling Order.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  BACKGROUND

Plaintiffs Swit Electronics Co. Ltd. ("Swit") filed this declaratory judgment patent action against just Litepanels, LLC on June 6, 2007, with full knowledge that Litepanels, LLC and Litepanels, Inc. would imminently file a patent infringement suit and just nine days before Litepanels, LLC and Litepanels, Inc. actually filed a patent infringement suit against Swit in the Eastern District of Texas.

In lieu of filing an answer to Swit's declaratory judgment complaint, Litepanels, LLC filed its Motion to Dismiss or Transfer Venue on June 15, 2007. Subsequently, Swit filed its opposition and Litepanels, LLC filed its reply. After Litepanels, LLC's motion was fully briefed, and in an apparent attempt to frustrate the speedy and economical resolution of Litepanels, LLC's Motion to Dismiss or Transfer Venue, Swit filed an Amended Complaint on July 24, 2007. Swit's Amended Complaint asserts the same patents and claims as its original complaint and merely adds an additional party, Litepanels, Inc. The parties agree that the Amended Complaint renders the currently pending Motion to Dismiss or Transfer Venue directed at the initial complaint moot and, therefore, the August 3, 2007 hearing has been taken off calendar.

Concurrent with this motion, Litepanels, LLC and Litepanels, Inc. have filed a Renewed Motion to Dismiss or Transfer Venue directed at Swit's First Amended Complaint and have noticed

1  that motion for the first available hearing date on the Court's civil motion calendar per the Court's
2  rules.  Defendants' Motion to Dismiss or Transfer Venue seeks dismissal of this entire action or, in the
3  alternative, to transfer this entire action to the Eastern District of Texas where there are two cases
4  involving two of the same three patents already pending assigned to Judge Davis.  A Markman hearing
5  will be held in one of those cases on November 1, 2007.

6       Litepanels, LLC and Litepanels, Inc. requested Swit's consent to continuing the August 24,
7  2007 Initial Case Management Conference until after the Court decides Defendants' renewed Motion
8  to Dismiss or Transfer Venue.  *See* Declaration of Joshua A. Burt dated July 27, 2007 ("Burt
9  Declaration") at ¶¶4-6, Exh. 1.  This conference may be wasteful conduct and would be rendered moot
10 if the Court grants Defendants' motion and dismisses or transfers this patent infringement case.  Swit
11 refused to consent to a continuance of the Initial Case Management Conference.  *See* Burt Declaration
12 at ¶6, Exh. 1.

13      In view of the pending Motion to Dismiss or Transfer Venue, and in light of the fact that the
14 issues raised in that motion have not yet been decided, Litepanels, LLC and Litepanels, Inc.
15 respectfully request that the Court continue the Initial Case Management Conference until after it has
16 decided Defendants' Motion to Dismiss or Transfer Venue.  With no Answer on file, the parties do not
17 yet know what defenses or counterclaims may be asserted.  They also do not know whether this action
18 will be dismissed dispensing with the need for an Initial Case Management Conference.

19      Yet, under the current schedule, the parties are required to confer pursuant to Fed. R. Civ. P.
20 Rule 26(f) by August 3, 2007 and to file a Joint Case Management Statement and discovery plan on
21 August 17, 2007.  Litepanels, LLC and Litepanels, Inc. believe that it would not be a good use of the
22 parties' time or the Court's resources to arrange a discovery plan before the Motion to Dismiss or
23 Transfer Venue is decided and before defendants answer the Amended Complaint if this action is not
24 dismissed.  The outcome on Defendants' Motion to Dismiss or Transfer Venue could, of course, render
25 the Initial Case Management Conference moot.  Having the Initial Case Management Conference prior
26 to the Court's ruling on Defendants' Motion to Dismiss or Transfer Venue could very well cost the
27 parties and the Court unnecessary time and expense.  Finally, Litepanels, LLC and Litepanels, Inc. see
28

**HOWREY LLP**

- 3 -

Case No. C07 02645 JSW
DEFENDANTS' MOT. TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

1  no interest in burdening the Court, at this juncture, with the review and consideration of a premature
2  case management conference statement and discovery plan.
3        On July 25, 2007, Litepanels, LLC and Litepanels, Inc. sought Swit's agreement to postpone
4  the Initial Case Management Conference, currently set for August 24, 2007, until such time as the
5  Court has ruled on Defendants' Motion to Dismiss or Transfer Venue, for all of the reasons set forth in
6  this letter. Swit counsel was initially in full agreement that such a continuance was prudent. *See* Burt
7  Decleration at ¶5. However, as can be seen in the attached Burt Declaration, Swit's counsel changed
8  its mind in a strategic attempt to cause further delay and added costs to Litepanels, LLC and
9  Litepanels, Inc. *Id*. at ¶6, Exh. 1.

**II.  CONCLUSION**

      For the foregoing reasons, Defendants respectfully request the Court continue the Initial Case Management Conference currently scheduled to be held on August 24, 2007 at 1:30 p.m. and put this conference on calendar, if necessary, after the Court has ruled on Defendants' Motion to Dismiss or Transfer Venue. Furthermore, Defendants respectfully request that the Court shorten time for a hearing on this motion, if a hearing would be useful to the Court, so that the hearing would take place before August 17, 2007, the date the parties are required to file a Joint Case Management Statement.

Dated: August 2, 2007

    Respectfully submitted,

    HOWREY, LLP

    By: /s/ Robert F. Kramer
        Robert F. Kramer

    Attorneys for Defendants
    LITEPANELS, LLC and LITEPANELS, INC.