Henry C. Bunsow (SBN 60707)
bunsowH@howrey.com
K.T. Cherian (SBN 133967)
cherianK@howrey.com
Robert Kramer (SBN 181706)
kramerR@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Joshua A. Burt (SBN 222302)
burtj@howrey.com
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1946
Facsimile (213) 402-8137

Attorneys for Defendant
LITEPANELS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, a China Corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>LITEPANELS, LLC, a California limited liability company, and LITEPANELS INC., a California corporation,<br><br>    Defendants. | Case No. C-07-02645-JSW<br>Jury Trial<br><br>**[PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE UNTIL DEFENDANTS' MOITON TO DISMISS OR TRANSFER THIS ACTION IS DECICED AND ISSUE IS JOINED**<br><br>Hearing Date:  August 10, 2007<br>Time:          9:00 a.m.<br>Judge:         Hon. Jeffrey S. White<br>Courtroom:  2, 17th Floor |

Came on for consideration Defendants' Motion to Continue the Initial Case Management Conference Until Defendants' Motion to Dismiss the Complaint or Transfer the Action is Decided, and the Court is of the opinion that the Motion should be GRANTED.

HOWREY LLP

Case No. C-07-02645-JSW
[PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

1  Whereas the August 24, 2007 Initial Case Management Conference may become moot if
2 Defendants' Motion to Dismiss or Transfer is granted and given that defendants have not yet filed an
3 Answer and/or Counterclaims and issue is not yet joined, it is hereby
4  ORDERED that the Initial Case Management Conference scheduled to be held on August 24,
5 2007 at 1:30 p.m. is continued and taken off calendar;
6  IT IS FURTHER ORDERED that the Fed. R. Civ. P. Rule 26(f) conference of counsel and
7 Joint Case Management Statement are continued until the Court schedules the Initial Case
8 Management Conference;
9  IT IS FURTHER ORDERED that the parties shall file a Joint Case Management Statement no
10 later than five (5) court days prior to the date that the Court schedules an Initial Case Management
11 Conference in this action.
12
13 Dated: _____, 2007
14                                                      Jeffrey S. White
                                                         United States District Judge

**HOWREY LLP**

Case No. C-07-02645-JSW
[PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE