Henry C. Bunsow (SBN 60707)
bunsowH@howrey.com
K.T. Cherian (SBN 133967)
cherianK@howrey.com
Robert Kramer (SBN 181706)
kramerR@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Joshua A. Burt (SBN 222302)
burtj@howrey.com
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1946
Facsimile (213) 402-8137

Attorneys for Defendant
LITEPANELS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, a China Corporation<br><br>Plaintiff,<br><br>vs.<br><br>LITEPANELS, LLC, a California limited liability company, and LITEPANELS INC., a California corporation,<br><br>Defendants. | Case No. C07 02645 JSW<br>Jury Trial<br><br>DECLARATION OF JOSHUA A. BURT IN SUPPORT OF DEFEDNDANTS LITEPANELS, LLC AND LITEPANELS, INC'S MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE UNTIL DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OR TRANSFER THE ACTION IS DECIDED<br><br>Hearing Date: August 10, 2007<br>Judge:    Hon. Jeffrey S. White<br>Courtroom:    2, 17th Floor |

- 1 -

DECLARATION OF JOSHUA A. BURT ISO DEFENDANTS' MOT. TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

## DECLARATION OF JOSHUA A. BURT

I, Joshua A. Burt declare as follows:

1. I am an attorney licensed to practice in the State of California and an attorney with the law firm of Howrey LLP, representing Defendants Litepanels, LLC and Litepanels, Inc.

2. The matters stated below are of my own personal knowledge. If called as a witness, I could and would testify competently thereto.

3. I make this Declaration in support of Defendants' Motion to Continue Scheduling Conference.

4. On Wednesday, July 25, 2007, I called Plaintiff's counsel, Mr. Richard Cauley, in an attempt to agree on the cancellation of the August 3, 2007 hearing regarding Litepanels LLC's Motion to Dismiss or Transfer Plaintiff's action based on its original complaint and to agree on the continuance of the August 24, 2007 scheduling conference.

5. During that July 25, 2007 telephone conference, Mr. Cauley consented to Defendants' request to cancel the August 3rd hearing date and to indefinitely postpone the August 24th Initial Case Management Conference pending decision on Defendants' Motion to Dismiss or Transfer This Action. Mr. Cauley consented to my contacting the clerk of the Court on behalf of both parties to so advise the Court.

6. Soon after that telephone conference, Mr. Cauley sent an email on July 25 confirming the cancellation of the August 3rd hearing date. However, Mr. Cauley, although confirming in his email his earlier verbal consent to postponing the August 24 Initial Case Management Conference, now insisted that he could no longer consent to the continuance of the Initial Case Management Conference. A true and correct copy of Mr. Cauley's July 25, 2007 email is attached as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_____
Joshua A. Burt

- 2 -

DECLARATION OF JOSHUA A. BURT ISO DEFENDANTS' MOT. TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE