# EXHIBIT 1

## Burt, Joshua

| | |
|---|---|
| From: | Richard Cauley [rcauley@WHGLawFirm.com] |
| Sent: | Wednesday, July 25, 2007 7:53 PM |
| To: | Burt, Joshua |
| Cc: | Kramer, Robert; Erick P. Wolf; Peter O. Huang; Kelly Floyd |
| Subject: | CMC |
| Attachments: | Letter to Kramer.pdf |

Josh:

This is to confirm our conversation this afternoon regarding the hearing on the motion to dismiss. We agreed that Swit's filing of an amended complaint moots the hearing. You told me that you would so notify the court.

We also discussed asking the court to reset the case management conference. Upon further consideration, we cannot agree to asking the court to move the conference. Given the status of this litigation and the Texas litigation, including the service issues in that case, I think that it is important for the court to be advised of the status of the dispute between the parties. Although, obviously, Litepanels is free to ask the court on its own behalf to move the CMC, please do not represent to the court that Swit agrees to it.

Also, with regard to the service issues in the Texas action, we have not received an answer to the letter which is attached. We assume from your lack of response that you do not have have any information which would show proper compliance by Litepanels with the Hague Convention.

Richard