**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SWIT ELECTRONICS CO. LTD,

    Plaintiff,

v.

LITEPANELS LLC and LITEPANELS INC.,

    Defendants.

No. C 07-02645 JSW

**ORDER SETTING HEARING AND BRIEFING SCHEDULE RE MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**

    The Court has received Defendants' renewed motion to dismiss or transfer the action based on Plaintiff's first amended complaint. The Court has also received Defendants' request that the Court continue the initial case management conference. Due to the congestion on the Court's calendar, the hearing on the motion shall be continued to October 12, 2007 at 9:00 a.m. The case management conference is CONTINUED to October 12, 2007 to follow the hearing.

    The Court HEREBY ORDERS that any opposition to the motion to dismiss or transfer shall be filed by no later than August 17, 2007 and a reply brief shall be filed by no later than August 24, 2007.

////

////

////

////

1  If the Court determines that the matter is suitable for resolution without oral argument, it
2  will so advise the parties in advance of the hearing date.  If the parties wish to modify this
3  schedule, they may submit for the Court's consideration a stipulation and proposed order
4  demonstrating good cause for any modification requested

5  **IT IS SO ORDERED.**

7  Dated:  August 3, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California