# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SWIT Electronics

                                            Case No. C 07-02645 JCS

        Plaintiff(s),

                                            ADR CERTIFICATION BY PARTIES
                                            AND COUNSEL

      v.

Litepanels, LLC and Litepanels, Inc.

        Defendant(s).
                                        /

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08/08/2007                          _____
                                           [Party]

Dated: 08/03/2007                          _____
                                           [Counsel]