1  **WANG, HARTMANN & GIBBS, P.C.**
   A Professional Law Corporation
2  Richard F. Cauley (SBN: 109194)
   Erick P. Wolf (SBN: 224906)
3  Larry E. Severin (SBN: 223409)
   1301 Dove Street, Suite 1050
4  Newport Beach, CA 92660
   Telephone: (949) 833-8483
5  Facsimile: (949) 833-2281

6  Attorney for Plaintiff Swit Electronics Co., Ltd.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| SWIT ELECTRONICS CO., LTD, a China corporation, | Case No. C07 02645 JSW |
|---|---|
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT** |
| vs. | |
| LITEPANELS LLC., a California limited liability company, and LITEPANELS INC., a California corporation, | |
| Defendant. | |

        PLAINTIFF Swit Electronics Co., Ltd. hereby files the following Proof of Service on defendant Litepanels, Inc., a California corporation:

        1.  Amended Summons;

        2.  First Amended Complaint;

        3.  Civil Case Cover Sheet;

        4.  Certificate of Interested Entities or Persons; and

- 1 -
PROOF OF SERVICE OF FIRST AMENDED COMPLAINT

5. Demand for Jury Trial.

Dated: August 17, 2007

WANG, HARTMANN & GIBBS
A Professional Law Corporation

By: _____
Richard F. Cauley
Erick P. Wolf
Larry E. Severin
Attorney for Plaintiff Swit Electronics Co., Ltd.

PROOF OF SERVICE OF FIRST AMENDED COMPLAINT

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Wang, Hartmann & Gibbs, SBN 109194<br>1301 Dove St Ste 1050<br>Newport Beach    CA    92660 | (949) 833-7834 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
SWIT V. LITEPANELS

| 1187075 | (HEARING) Date | Time | Dept | Case Number:<br>C0702645JSW |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>S052-7000 |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

AMENDED SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET
FIRST AMENDED COMPLAINT
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
DEMAND FOR JURY TRIAL

ON: Litepanels, Inc., A California Corporation By
Serving Rudy Pohlert, agent for service

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE PERSON HEREINAFTER NAMED, A COPY THEREOF, AT:

AT: 10932 Burbank Blvd

North Hollywood    CA    91601

ON    8/6/2007   AT    3:20:00 PM
COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE OR BUSINESS WITH A PERSON OF SUITABLE AGE AND DISCRETION.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:

BECKY RICKERT, SECRETARY, PERSON APPARENTLY IN
CHARGE, CAUCASIAN FEMALE 35YRS 5'4" 180LBS. BROWN HAIR

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving:    Humberto    Palacio

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $94.50
e. I am:
(1)    not a registered California process server:
(3) X    registered California process server:
(i) Independant Contractor
(i) Registration No:  434/2627
(iv) County:   oc/la

8. I declare under the penalty of perjury under the laws of the United States of America
that the foregoing is true and correct.

X _____
SIGNATURE

8/14/2007

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Wang, Hartmann & Gibbs, SBN 109194<br>1301 Dove St Ste 1050<br>Newport Beach    CA    92660 | (949) 833-7834 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
SWIT V. LITEPANELS

| 1187075 | (HEARING) Date | Time | Dept | Case Number:<br>C0702645JSW |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>S052-7000 |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON    08/07/07

5. b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

AMENDED SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET
FIRST AMENDED COMPLAINT
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
DEMAND FOR JURY TRIAL

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

Litepanels, Inc., A California Corporation By
Serving Rudy Pohlert, agent for service

10932 Burbank Blvd
North Hollywood    CA    91601

DECLARANT: cindy.waldren

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $94.50
e. I am:
 (1) X   not a registered California process server:
 (3)     registered California process server:
   (i) Employee
   (i) Registration No: 434
   (i) County: Orange

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

8/14/2007

X  *Cindy Waldren*
SIGNATURE

## PROOF OF SERVICE