1  Henry C. Bunsow (SBN 60707)
   bunsowH@howrey.com
2  K.T. Cherian (SBN 133967)
   cherianK@howrey.com
3  Robert Kramer (SBN 181706)
   kramerR@howrey.com
4  HOWREY LLP
   525 Market Street, Suite 3600
5  San Francisco, California  94105
   Telephone:  (415) 848-4900
6  Facsimile:  (415) 848-4999

7  Joshua A. Burt (SBN 222302)
   burtj@howrey.com
8  HOWREY LLP
   550 South Hope Street, Suite 1100
9  Los Angeles, California 90071
   Telephone: (213) 892-1946
10 Facsimile (213) 402-8137

11
   Attorneys for Defendant
12 LITEPANELS, LLC

13

14               IN THE UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18 SWIT ELECTRONICS CO., LTD,            )  Case No. C-07-02645-JSW
                                         )  Jury Trial
19              Plaintiff,               )
                                         )  **LITEPANELS, LLC AND LITEPANELS,**
20      vs.                              )  **INC.'S RENEWED NOTICE OF MOTION**
                                         )  **AND RENEWED MOTION TO STRIKE**
21 LITEPANELS, LLC,                      )  **HEARSAY STATEMENTS IN**
   LITEPANELS, INC                       )  **DECLARATION OF ERICK P. WOLF IN**
22                                       )  **SUPPORT OF PLAINTIFF SWIT'S**
              Defendants.                )  **OPPOSITION TO MOTION TO DISMISS**
23                                       )  **OR TRANSFER VENUE**
                                         )
24                                       )   Hearing Date:    October 12, 2007
                                         )  Time:            9:00 a.m.
25                                       )  Judge:           Hon. Jeffrey S. White
                                         )  Courtroom:       2, 17th Floor
26                                       )
                                         )
27  ─────────────────────────────────── )

28          TO PLAINTIFF AND ITS COUNSEL OF RECORD:

Defendants Litepanels, LLC and Litepanels, Inc. ("Defendants") move pursuant to Civil Local Rule 7-5, Fed. R. Civ. Proc. Rule 56(e), and the Fed. R. Evid. Rules 402, 602, and 802 to strike the unreliable hearsay statements set forth in Paragraphs 2-5 of the Declaration of Erick P. Wolf In Support of Plaintiff Swit's Opposition to Motion to Dismiss or Transfer Venue dated July 13, 2007.

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.    INTRODUCTION**

Pursuant to Civil L.R. 7-5, Swit Electronics Co., Ltd. ("Swit") filed the declaration of Mr. Erick P. Wolf, an attorney of record for declaratory plaintiff Swit.  Mr. Wolf's declarations contains unreliable and irrelevant hearsay statements purportedly made by unidentified employees "Debbie," "Tommy," and "Mike" of certain nonparty distributors allegedly establishing that nonparty Litepanels, Inc. conducts business in this district. It is fundamentally improper for Swit's attorney to submit such unsupported hearsay statements.  Accordingly, Defendants object to the hearsay statements in Mr. Wolf's declaration and respectfully requests that the Court strike the Declaration of Erick P. Wolf as failing to comply with Civil L.R. 7-5 and Rules 401-403 and 801-803 of the Federal Rules of Evidence, specifically for relying on impermissible hearsay that is unreliable and irrelevant. Curiously, Litepanels LLC previously pointed out the highly defective nature of Mr. Wolf's declaration (see Litepanels LLC original Reply in Support of its Motion to Dismiss/Transfer).  Yet, Swit still insists on burdening this Court by incorporating the same faulty declaration in their renewed Opposition without addressing any of the diffencies identified by Litepanels LLC.

**II.    OBJECTIONS**

Civil Local Rule 7-5 provides that "[a]n affidavit or declarations may contain only facts, must conform as much as possible to the requirements of FRCivP 56(e), and must avoid conclusions and argument… An affidavit or declaration not in compliance with this rule may be stricken in whole or in part."  Fed. R. Civ. Proc. Rule 56(e), which is invoked by Local Rule 7-5, provides that "opposing affidavits… shall set forth such acts as would be admissible in evidence."  The Federal Rules of Evidence make it clear that only relevant evidence is admissible. Fed. R. Evid. Rules 402 ("Evidence which is not relevant is not admissible.").  Furthermore, the Federal Rules of Evidence preclude the

use of hearsay evidence. Fed. R. Evid. Rule 802 ("Hearsay is not admissible except as provided by these rules or by other rules prescribed by the Supreme Court pursuant to statutory authority or by Act of Congress." Finally, a witness may not testify to matters it does not have personal knowledge of. Fed. R. Evid. 602 ("A witness may not testify to a matter unless evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter.")

**Paragraph 3-5**

In each of paragraphs 3 through 5 of Mr. Wolf's declaration, Mr. Wolf describes statements made by individuals — "Debbie," "Tommy," and "Mike" — that he claims to be distributors for products manufactured by Litepanels Inc. Mr. Wolf is merely reciting what he purportedly learned from third parties without any support or context to understand what questions they were responding to or why they allegedly made the statements recited in the Wolf declaration. This is clearly inadmissible hearsay and shows that Mr. Wolf lacks the personal knowledge required to testify to these alleged facts. Fed. R. Evid. Rules 602 and 802.

With respect to the hearsay rule, Mr. Wolf is clearly attempting to use these statements as "to prove the truth of the matter asserted." Fed. R. Evid. Rule 801(c) ("'Hearsay is a statement, other than one made by the declarant… offered in evidence to prove the truth of the matter asserted.""). The individuals quoted, "Debbie from CA Media," "Tommy from Express Video Supply," and "Mike from Cinema Gadgets," are not employed by the Defendant and thus are not party admissions. None of the exceptions to the hearsay rules apply to these out of court statements by non-parties.

HOWREY LLP

- 3 -

Case No. C-07-02645-JSW
LITEPANELS' RENEWED MOT. TO STRIKE HEARSAY STATEMENTS IN WOLF DECLARATION

1

**III.    CONCLUSION**

2

3        For the foregoing reasons, Defendants respectfully request the Court strike the impermissible

evidence referred to above.

4

Dated:  August 24, 2007

5                                                        Respectfully submitted,

6

                                                         **HOWREY, LLP**

7

8                                                        By: /s/ Robert F. Kramer                    

9                                                              Robert F. Kramer

                                                         Attorneys for Defendants

10                                                       LITEPANELS, LLC

                                                         LITEPANELS, INC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

Case No. C-07-02645-JSW
LITEPANELS' RENEWED MOT. TO STRIKE HEARSAY STATEMENTS IN WOLF DECLARATION