Henry C. Bunsow (SBN 60707)
K.T. Cherian (SBN 133967)
Robert Kramer (SBN 181706)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999
  bunsowH@howrey.com
  cherianK@howrey.com
  kramerR@howrey.com

Joshua A. Burt (SBN 222302)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1946
Facsimile (213) 402-8137
  burtj@howrey.com

Attorneys for Defendants
LITEPANELS, LLC
LITEPANELS, INC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, <br><br> Plaintiff, <br><br> vs. <br><br> LITEPANELS, LLC, and LITEPANELS, INC. <br><br> Defendants. | Case No. C07 02645 JSW <br> Jury Trial <br><br> ]PROPOSED] ORDER GRANTING LITEPANELS, LLC AND LITEPANELS INC.'S MOTION TO STRIKE <br><br> Hearing Date:  October 12, 2007 <br> Time:          9:00 a.m. <br> Judge:         Hon. Jeffrey S. White <br> Courtroom:     2, 17th Floor |

Having considered the papers submitted in connection with Defendants' Renewed Motion to Strike Hearsay Statements in Declaration of Erick P.Wolf in Support Of Plaintiff Swit's Opposition to Motion to Transfer Venue, arguments of counsel, and the law, and good cause appearing therefore,

THE COURT HEREBY ORDERS AS FOLLOWS:

    Defendant's Motion is GRANTED.  The Declaration of Erick P. Wolf is stricken.

IT IS SO ORDERED.

Dated: _____

By: _____
    The Honorable Jeffrey S. White
    United States District Court Judge