IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, <br><br> Plaintiff, <br><br> vs. <br><br> LITEPANELS, LLC, <br> LITEPANELS, INC <br><br> Defendants. | Case No. C-07-02645 (JSW) <br><br> DECLARATION OF HELEN CRAIG IN SUPPORT OF DEFENDANT'S RENEWED REPLY REGARDING DEFENDANT'S MOTION TO DISMISS SWIT ELECTRONICS' COMPLAINT OR TRANSFER VENUE |

I, Helen Craig, declare as follows:

1. I am the Chief Financial Officer of Litepanels, Inc. I have personal knowledge of the facts stated herein, and could and would competently testify to them under oath if called as a witness.

2. Litepanels, Inc. is a California start up corporation formed in 2005 that sells and rents lighting equipment primarily for professional use for film and television productions. Litepanels, Inc. has 11 employees and a single office located at 10932 Burbank Boulevard, North Hollywood, in Los Angeles, California. Our web site is www.litepanels.com.

3. Litepanels, Inc. does not have any offices, employees, own or rent any property or have any business operations in Northern California.

4. Litepanels has *no* dealers that sell Litepanels, Inc.'s products in the Northern District of California.

5. On June 7, 2007 CA Media Solutions located in Benicia, California, became a dealer that sells Litepanels, Inc.'s. As of August 1, 2007, CA Media has purchased a total of 4 lighting systems from Litepanels Inc. worth $3,446. All of these purchases were made in the past eight weeks, after the date I understand Swit filed suit against Litepanels LLC in Northern California.

HOWREY LLP

CRAIG DECL. IN SUPP. OF RENEWED REPLY RE: MOT. TO DISMISS OR TRANSFER
Case No. C-07-02645 (JSW)

DM_US:20585933_1

6. Litepanels LLC is not an owner of Litepanels, Inc. Likewise, Litepanels, Inc. is not an owner of Litepanels LLC. Litepanels LLC is a licensing company. Litepanels LLC is not authorized and, in fact, does not sell or rent, and has never sold or rented, any lighting equipment or other products of Litepanels, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 24, 2007, in Los Angeles, California

_____
Helen Craig