# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, | ) |
| Plaintiff, | ) Case No. C-07-02645 (JSW) |
| | ) |
| vs. | ) |
| | ) DECLARATION OF RON WHITTING IN |
| LITEPANELS, LLC, | ) SUPPORT OF DEFENDANT'S REPLY |
| | ) REGARDING DEFENDAN'S MOTION TO |
| Defendant. | ) DISMISS SWIT ELECTRONICS' |
| | ) COMPLAINT OR TRANSFER VENUE |
| | ) |
| | ) |

I, Ron Whitting, declare as follows:

1.    I am the Executive Producer and Owner of A.F. Productions of Tyler, Texas. If called up on to do so, I could and would testify truthfully as follows.

2.    I regularly receive catalogs in the mail from B & H Photo. For example, I received 2 copies of their Summer 2007 Catalog at my studio located at 2920 Pin Oak St., Tyler, Texas 75702, via delivery by the United States Postal Service.

3.    On page 291 of the same catalog, the Varizoom Series 2010 On-Camera LED Camera Light is offered for sale for prices ranging from $309.95 to $369.95.

4.    A true and accurate copy of the cover and back-cover, and page 291 of the B& H Catalog is attached hereto.


Executed on August 21, 2007, in Tyler, Texas


_Ron Whitting_
Ron Whitting

HOWREY LLP



**The World's Largest Source** for Photography, Video, Home & Portable Entertainment, Computers, Binoculars & Scopes, Lighting, Pro Audio and much more...

**At Discount Prices**

**420 Ninth Avenue, New York, New York 10001 • www.bhphotovideo.com**

| PHOTOGRAPHY | VIDEO | HOME & PORTABLE ENT. | COMPUTERS | PRO AUDIO |
|---|---|---|---|---|
| 800-947-7785 | 800-947-1186 | 800-947-4414 | 800-947-3308 | 800-859-5252 |
| 212-444-6635 | 212-444-6686 | 212-444-6692 | 212-444-6691 | 212-444-5072 |

# Experience Canon HDV and DVD Camcorders

## Bring TRUE HD to Life
## HV20

- Canon True HD CMOS Image Sensor (1920 x 1080)
- Genuine Canon 10X HD Video Zoom Lens
- Canon DIGIC DV II Image Processor
- Super-Range Optical Image Stabilization
- Instant AF Focusing System
- 24p Cinema Mode
- HDMI Terminal
- Captures stunning 3.1 megapixel photos

     



## The Convenience of DVD, The Quality of Canon

### DC210

- Genuine Canon 35x Optical Zoom Lens
- Canon DIGIC DV II Image Processor
- Quick Start
- Dual Layer Recording
- 2.7" Widescreen LCD



  

### DC50

- Genuine Canon 10x Optical Zoom Lens
- Super-Range Optical Image Stabilization
- Canon DIGIC DV II Image Processor
- Captures beautiful 5.0 Megapixel photos
- Dual Layer Recording
- 2.7" Widescreen LCD



    

## Canon
### imageANYWARE

for more information visit **www.bhphotovideo.com**

PHOTOGRAPHY

**800-947-7785 • 212-444-6635**

VIDEO

**800-947-1186 • 212-444-6686**

HOME & PORTABLE ENTERTAINMENT

**800-947-4414 • 212-444-6692**

COMPUTERS

**800-947-3308 • 212-444-6691**

PRO AUDIO

**800-859-5252 • 212-444-5072**

**www.bhphotovideo.com**

**B&H**
PHOTO - VIDEO - PRO AUDIO

The Professional's Source
420 Ninth Avenue
New York, NY 10001

Presorted
Bound Printed Matter
U.S. Postage
**PAID**
B&H PHOTO-VIDEO, INC.

CURRENT RESIDENT OR

```
************************CAR-RT SDRT**C-011
JC07DI                    07JC1877631
RON TYLER
A F PRODUCTIONS                        P035
RADIO PROGRAMING                       717
2920 PIN OAK ST                        543
TYLER TX 75702-7728
```

## B&H

### On-Camera Lighting & Power Solutions   Professional Video



**VariZoom** S2010 Series

**Dimmable On-Camera LED Light**
- 4 Advanced LED Lights w/Barn Doors • 40w Output at 5600k.
- and Includes a Diffuser & 3200k Filter • Onboard Controllable
- Dimmer • Clamps onto Camera Handle, Shoe Mt. or Panbar
- With the included Battery Clamp you can use your Extra
- Camcorder Batteries to Power the LED Light

| | | |
|---|---|---|
| #VAVZ2000 | For Power-Tap | $309.95 |
| #VAVZS2010C | For Canon | $369.95 |
| #VAVZS2010J | For JVC | $369.95 |
| #VAVZS2010P | For Panasonic | $369.95 |
| #VAVZS2010S | For Sony | $369.95 |

### Kino Flo  Kamio 6E Series



**Video Ring Light System**

Kamio 6E system includes an on-camera electronic ballast
(that can operate from the battery or AC power)
- Kamios creates a non-threatening shadowless key light
- Kino Flo True Match soft light is easier on the talent's eyes
- Cooler lamps make for more comfortable close-ups
- True Match long-life lamps outlast tungsten bulbs

| | | |
|---|---|---|
| #KIK6ERL | w/Harness | $314.95 |
| #KIK6ESQ | Light System | $738.95 |
| #KIK6ES | Kit w/filter holder and case | $939.95 |

### LitePanels  LED Infrared On-Camera Light Series

**LitePanels DV Camera Kit**
- Daylight Balanced • 25-Watt Illumination • 7 Watt Draw

**Kit Includes:**
- Camcorder Battery Adapter Plate
- LED On-Camera Light with Dimmer • Mounts • Gels



| | | |
|---|---|---|
| #LIDVCKFS | Flood for Sony | $829.95 |
| #LIDVCKSC | Spot for Canon | $829.95 |
| #LIDVCKSP | Spot for Panasonic | $829.95 |
| #LIDVCKSS | Spot for Sony | $829.95 |

### -Light Series

**Spot/Flood 12-14v Light Kits**

The tungsten I-light provides a fill, eye, highlights, and are
focusable for both flood and a uniform spot light.
"ID" kits are dimmable.



| | | |
|---|---|---|
| #LOI01 | with Cig. Plug | $129.95 |
| #LOID01 | Dimmable w/Cig. Plug | $229.95 |
| #LOI02 | w/4-Pin XLR Plug | $134.95 |
| #LOID02 | Dimmable w/XLR Plug | $229.95 |
| #LOI045 | w/Power-Tap Plug | $134.95 |
| #LOID045 | Dimmable w/Power Tap | $229.95 |

### Smith-Victor  SV-840



**SV840 AC/DC Light**
- Lightweight all-aluminum • Built-in dichroic filter 3200°K to
  5600°K color temperature control • 35. 50, 75 or 100w 12V
  DC Lamps • 100-300 Watts 120V AC Lamps
- 0-180° bounce • 75° coverage • 2.5 x 2.5 x 2.5" • Wt. 1 lbs

**Light Includes:** • 100W (FCR) 3300K DC lamp
- Hot shoe with 1/4x20 stud mounting • 4-leaf barndoors
  provides light angle control • 4-Pin XLR Cable
- 4-Pin XLR Plug to AC Cord

| | |
|---|---|
| #SMSV840 | $109.95 |

### Smith-Victor  SV-950

**SV950 Interview Light**
- Focusable Light Control for Spot to Flood Adjustment
- Built-in dichroic filter 3200°K to 5600°K color temperature
  control • 35. 50, 75 or 100w 12V DC Lamps
- 0-90° bounce • 60° coverage • Dim. 3 x 4 x 2"
- Weight 1 lbs

**Light Includes:** • Hot shoe with 1/4 x 20 stud mounting
- 100W (FCR) 3300K DC lamp • 4-Pin XLR Cable
- 4-leaf barndoors provides light angle control!

| | |
|---|---|
| #SMSV950 | $164.95 |

---

### bescor  HP-3 Series 12V Battery Packs



The half-pint compact series 12 VDC/36wh lead acid battery packs
have no memory effect & have good capacity for their size. (2.8 lbs)

| Model | SKU# | Capacity | Runtime w/10w | w/50w Light | w/100w Light | Charge Time |
|---|---|---|---|---|---|---|
| HP-3 | BEHP3 | 3 Amh | 150 min | 30 min | 15 min | 8 hrs |

| | | |
|---|---|---|
| #BEHP3 | Cigarette Plug | $34.95 |
| #BEHP3ATM | Cig. w/Auto Chgr | $59.95 |
| #BEHP3XLR | XLR Plug | $54.95 |
| #BEHP3XLRATM | XLR w/Auto Charger | $84.95 |

### bescor  MM-7, 9, 12

**12V Shoulder Packs**
These starved electrolyte power solutions are available with
cigarette or 4-pin XLR connections. Charging options range
from standard, automatic (ATM) shut-off, to quick charge.

| Model | MM7 | MM9 | MM12 |
|---|---|---|---|
| SKU# | BEMM7 | BEMM9 | BEMM12 |
| Capacity | 4.3 Amh | 8.6 Amh | 17.2 Amh |
| Runtime w/10w | 5 hrs | 10 hrs | 25 hrs |
| w/50w Light | 50 min | 120 min | 240 min |
| w/100w Light | 35 min | 45 min | 120 min |
| Charge Time | 5 hrs | 10 hrs | 13 hrs |
| Weight lbs | 3.2 lbs | 7.3 lbs | 14 lbs |

### bescor  PRB-7, 9, 12 15



**12V Belt Packs**
These starved electrolyte power solutions are available with
cigarette or 4-pin XLR connections. Charging options range
from standard, automatic (ATM) shut-off, to quick charge.

| Model | PRB7 | PRB9 | PRB12 | PRB15 |
|---|---|---|---|---|
| SKU# | BEPRB7 | BEPRB9 | BEPRB12 | BEPRB15 |
| Capacity | 7 Amh | 9 Amh | 12 Amh | 14.4 Amh |
| Runtime w/10w | 7 hrs | 9 hrs | 14 hrs | 16 hrs |
| w/50w Light | 1.3 hrs | 1.8 hrs | 2.4 hrs | 3.5 hrs |
| w/100w Light | 35 min | 45 min | 1.25 hrs | 1.4 hrs |
| Charge Time | 16 hrs | 18 hrs | 13 hrs | 15 hrs |
| Weight lbs | 5.5 lbs | 6 lbs | 8.5 lbs | 11 lbs |

### bescor  PRB-18, 154, 20, 24



**12V Belt Packs**
These starved electrolyte power solutions are available with
cigarette or 4-pin XLR connections. Charging options range
from standard, automatic (ATM) shut-off, to quick charge.

| Model | PRB18 | PRB154 | PRB20 | PRB24 |
|---|---|---|---|---|
| SKU# | BEPRB18 | BEPRB154 | BEPRB20 | BEPRB24 |
| Capacity | 18 Amh | 14.4 Amh | 14 Amh | 24 Amh |
| Runtime w/10w | 19 hrs | 18+ hrs | 20+ hrs | 30+ hrs |
| w/50w Light | 4 hrs | 3 hrs | 3 hrs | 5 hrs |
| w/100w Light | 1.65 hrs | 1.4 hrs | 1.9 hrs | 2.4 hrs |
| Charge Time | 18 hrs | 16 hrs | 20 hrs | 25 hrs |
| Weight lbs | 12 lbs | 11 lbs | 17 lbs | 18 lbs |

### bescor  BES-015, 018



**12V Belt Packs**
These starved electrolyte power solutions are available with cigarette
or 4-pin XLR connections. Charging options range from standard,
automatic (ATM) shut-off, to quick charge.

| Model | BES015 | BES018 |
|---|---|---|
| SKU# | BEBES015 | BEBES018 |
| Capacity | 14.4 Amh | 18 Amh |
| Runtime w/10w | 15 hrs | 18 hrs |
| w/50w Light | 3 hrs | 4 hrs |
| w/100w Light | 85 min | 1.8 min |
| Charge Time | 16 hrs | 19 hrs |
| Weight lbs | 11 lbs | 12 lbs |

### bescor  SLM-5, 10, 18ATM



**12v Slim Battery Packs**
All SLM packs come w/ATM-PRB automatic shut-off charger. SLM5
is a Single Pouch, the 10 & 18ATM are 4 Pouch Battery Belts.

| Model | SLM-5ATM | SLM-10ATM | SLM-18ATM |
|---|---|---|---|
| SKU# | BESLM5 | BESLM10 | BESLM18 |
| Capacity | 4.3 Amh | 8.6 Amh | 17.2 Amh |
| Runtime w/10w | 5 hrs | 10 hrs | 25 hrs |
| w/50w Light | 50 min | 120 min | 240 min |
| w/100w Light | 35 min | 45 min | 120 min |
| Charge Time | 5 hrs | 10 hrs | 13 hrs |
| Weight lbs | 3.2 lbs | 7.3 lbs | 14 lbs |
| Price | $74.95 | $154.95 | $239.95 |