IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, <br><br> Plaintiff, <br><br> vs. <br><br> LITEPANELS, LLC, <br> LITEPANELS, INC. <br><br> Defendants. | Case No. C-07-02645 (JSW) <br><br> DECLARATION OF JOSH HATFIELD IN SUPPORT OF DEFENDANT'S REPLY REGARDING DEFENDAN'S MOTION TO DISMISS SWIT ELECTRONICS' COMPLAINT OR TRANSFER VENUE |

I, Josh Hatfield, declare as follows:

1. I am the owner of California Media Solutions, Inc ("CA Media"). If called up on to do so, I could and would testify truthfully as follows.

2. CA Media is located in the city of Benicia, California, in Solano County.

3. CA Media is a distributor of camera and lighting equipment.

4. CA Media first became a distributor of Litepanels, Inc.'s products on June 7, 2007.

5. As of August 1, 2007 CA Media has made a total of two sales of Litepanels, Inc.'s products.

6. I understand that it has been alleged that these two sales were to customers located in San Jose and San Francisco. This is not correct, as the two sales of Litepanels, Inc.'s products made by CA Media were to customers located in Southern California and Texas. The customer in Southern California is located in Burbank, California.

Executed on August 24, 2007, in Benicia, California

Josh Hatfield

HOWREY LLP

HATFIELD DECL. IN SUPP. OF REPLY RE: MOT. TO DISMISS OR TRANSFER

Case No. C-07-02645 (JSW)