# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIT ELECTRONICS CO., LTD, | ) Case No. C-07-02645 (JSW) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **DECLARATION OF BRAM ESTES IN** |
| | ) **SUPPORT OF DEFENDANT'S REPLY** |
| LITEPANELS, LLC, | ) **REGARDING DEFENDANT'S MOTION TO** |
| LITEPANELS, INC. | ) **DISMISS SWIT ELECTRONICS'** |
| | ) **COMPLAINT OR TRANSFER VENUE** |
| Defendants. | ) |
| | ) |

I, Bram Estes, declare as follows:

1.    I am the Vice President of CinemaGadgets. If called upon to do so, I could and would testify truthfully as follows.

2.    CinemaGadgets is located in the city of Burbank, California, in Los Angeles County.

3.    CinemaGadgets is a distributor of camera and lighting equipment.

4.    As of August 1, 2007 CinemaGadgets has made only one sale of Litepanels, Inc.'s products into Northern California since becoming a dealer for Litepanels, Inc. This one sale was for $987 plus tax, to a customer is located in Palo Alto, California.

Executed on August 24, 2007, in Burbank, California

_Bram Estes_
Bram Estes

HOWREY LLP

ESTES DECL. IN SUPP. OF REPLY RE: MOT. TO DISMISS OR TRANSFER

Case No. C-07-02645 (JSW)