**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SWIT ELECTRONICS CO., LTD,** ) | |
| ) | Case No. C-07-02645 (JSW) |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **DECLARATION OF KEN FISHER IN** |
| ) | **SUPPORT OF DEFENDANT'S RENEWED** |
| **LITEPANELS, LLC,** ) | **MOTION TO DISMISS SWIT** |
| **LITEPANELS, INC.** ) | **ELECTRONICS' COMPLAINT OR** |
| ) | **TRANSFER VENUE** |
| **Defendants.** ) | |
| ) | |
| ) | |

I, Ken Fisher, declare as follows:

1.  I am one of the founding Managers of defendant Litepanels LLC.  I have personal knowledge of the facts stated herein, and could and would competently testify to them under oath if called as a witness.

2.  I am a named inventor on U.S. Patent Nos. 7,163,302, 6,948,823 and 7,140,742, which are the patents-in-suit in this action, and thus I am familiar with the claims and underlying technology of these patents.

3.  CA Media Solutions is located in Benicia, CA.

4.  According to the website for Solano County, California, www.co.solano.ca.us, the city of Benicia is located in Solano County (a true and correct copy of the Solono County website is attached hereto as exhibit A).

5.  According to the website for the United States District Court for the Eastern District of California, 207.41.19.127/caed/staticOther/page_467.htm, Solano County is located in the Eastern District of California (a true and correct copy of the web page for the Sacramento Division of the Eastern District of California is attached hereto as exhibit B).

HOWREY LLP

FISHER DECL. IN SUPP. OF DEFENDANT'S RENEWED MOT. TO DISMISS OR TRANSFER
Case No. C-07-02645 (JSW)

6.   Chris Vanderlaan of the Irell and Manella LLP law firm represents Litepanels, LLC as to certain intellectual property matters.

7.   On April 18, 2007 Chris Vanderlaan received an email from Swit Electronics indicating that Swit was in possession of the Litepanels, LLC letter dated April 17, 2007 and that Swit's counsel would contact Mr. Vanderlaan at a later date. A true and correct copy of which is attached hereto as exhibit C.

8.   In Litepanels' patent infringement lawsuit against Swit pending in the Eastern District of Texas, Litepanels accuses Swit of infringing the '823 and '302 patents. (Litepanels does not accuse and is not accusing Swit or Swit's lighting products of infringing the '742 patent, and therefore, there is no dispute between the parties concerning the '742 patent in either the Texas action or in this California action.)

9.   I reviewed Plaintiff Swit's Renewed Opposition to Motion to Dismiss or Transfer Venue dated Aug. 17, 2007. Swit states in the Renewed Opposition that the accused products in the Gekko Lawsuit are "ringlights," while Swit's accused products in this action are compact lights that sit on top of a camera that are allegedly substantially different products. (Opposition, at 7.) I reviewed Swit's Renewed Opposition, which states that this supposed substantial difference in products — "ringlights" versus compact lights — will make for "very different arguments regarding non-infringement and the accused products will have different relationships to the patent claims." (Id.)

10. Swit's Renewed Opposition fails to recognize that Gekko's principal accused device in the Gekko Lawsuit in Texas is a compact light that sits on top of a camera — the Gekko K-Lite product — which is very similar if not in all relevant respects identical to the Swit lights accused of infringement in this action. Many of the same sixteen claims of the '823 patent and the same twenty one claims of the '302 patent are asserted against the Gekko light products in the Gekko Lawsuit in Texas and against Swit's light product in this action.

HOWREY LLP

- 2 -

FISHER DECL. IN SUPP. OF DEFENDANT'S RENEWED MOT. TO DISMISS OR TRANSFER
Case No. C-07-02645 (JSW)

11. I have studied the Gekko light products as well as the Swit light products that are accused of infringing Litepanels' patents in these actions. The following table illustrates the strong similarity between the Gekko and Swit lights that are accused of infringing Litepanels' patents in these actions, including the overlapping claim terms and technology in these cases:

| Litepanels Patents -<br>US 6,948,823 & '302 | Gekko Product -<br>Model: K-Lite<br>Camera-top light | Swit Products –<br>Model: S2000 and S2010<br>Camera-top light |
|---|---|---|
| Fig. 36C – claim term:<br>Surface Mount<br> | **K-Lite**<br>(accused device in Texas)<br> | **Swit S2000 & S2010**<br>(accused device in Texas)<br> |
| Fig. 42C Claim term:<br>Integrated Lens Cover<br> | **K-Lite**<br> | **Swit S2000 & S2010**<br> |
| The following product photos show that Swit's argument that the "accused Gekko and Swit products are quite different" is false. | K-Lite<br> | S2000<br> |
| | K-Lite<br> | S2010<br> |

FISHER DECL. IN SUPP. OF DEFENDANT'S RENEWED MOT. TO DISMISS OR TRANSFER

Case No. C-07-02645 (JSW)

HOWREY LLP

1      12. Litepanels has served co-defendant Tom's Way Inc. in it's Texas infringement action, via

2  the Texas Secretary of State. A true and correct copy of which is attached hereto as exhibit D.

3

4      I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct.

6

7      Executed on August 24, 2007, in Los Angeles, California

8

9

10                                          Ken Fisher

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP
                                    - 4 -
FISHER DECL. IN SUPP. OF DEFENDANT'S RENEWED MOT. TO DISMISS OR TRANSFER
                                                    Case No. C-07-02645 (JSW)