Solano County

Departments <Select a Department>   Services <Select a Service>   SEARCH:

**LIVING HERE** | **VISITING HERE** | **WORKING HERE** | **EMERGENCIES** | **DEPARTMENT CO**

**QUICK LINKS**

Employment Opportunities

Property Tax Information & Payments

Property Assessment Information

Board Agenda, Minutes & Video

Birth, Death & Marriage Certificates

County Code Online

Voter Information

Vendor Information

Special Reports

County General Plan

Citizen Comments

 Subscribe to Website Updates

## BOARD OF SUPERVISORS

    

Barbara Kondylis District 1 | John Silva District 2 Vice-Chair | Jim Spering District 3 | John Vasquez District 4 | Mike Reagan District 5 Chairman

County Administrator Welcome Message

Welcome to Solano County's home on the Internet. On behalf of all who serve the public through the offices of County government, I encourage you to explore the information available on this website.

The links on this home page will lead you to general information on the County's departments and their activities and will assist you in accessing the services we offer to residents and visitors. From here, you can also access the County's latest public announcements, special reports and websites of the County's seven city governments. The work of our County departments is guided by Solano County's mission, as expressed by the Board of Supervisors, "...to serve the people and to provide a safe and healthy place to live, learn, work and play."

more ...

**Press Releas**

COUNTY HEALTH
CASE OF WEST N
A forty-seven year
confirmed human
County for 2007, a
MPH, Health Office
and Social Service

County exhibit at
again 8/20/2007
Best of Show at th
to Solano County
the County has cla
exhibits. more...

Volunteers needed
Team 8/14/2007
FAIRFIELD – Volu
promoting victim
Violence Interven
deal with the afte

**Press Release A**

**Cities of Solano County**

Benicia | Fairfield | Suisun
Dixon | Rio Vista | Vacaville
Vallejo | MAP OF SOLANO COUNTY



Can't Find Something? Have A Suggestion? Contact Us!

® Copyright 2006 County of Solano, California