# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

Home » Sacramento

## Welcome to the Sacramento Division of the Eastern District of California

- Home
- Attorney Info
- Local Rules
- Court Calendar
- Jury Info
- Clerk's Office
- Local Information
- Opinions
- Phone
- Links
- FAQ

The Sacramento Division hears civil, criminal and miscellaneous actions arising in the counties of Alpine, Amador, Butte, Colusa, El Dorado, Glenn, Lassen, Modoc, Mono, Nevada, Placer, Plumas, San Joaquin, Shasta, Sierra, Siskiyou, ==Solano==, Sutter, Tehama, Trinity, Yolo and Yuba. The Sacramento Office is the main divisional office for the district and is currently staffed with five district court judges, two senior district court judges and five magistrate judges. Office specific information may be obtained by accessing the links provided.

