# Vanderlaan, Chris

| | |
|---|---|
| **From:** | xwg [xwg@swit-battery.com] |
| **Sent:** | Wednesday, April 18, 2007 1:16 PM |
| **To:** | Vanderlaan, Chris |
| **Cc:** | xwg@swit-battery.com |
| **Subject:** | SWIT reply |

Dear Mr. Vanderlaan,

We received your letter of April 17, 2007, stating that our product S2000 and S2100 infringed Litepanels' patent right. However, we do not accept your claim that our products SWIT's S2000 and S2100 infringed Litepanels' patent rights. Therefore, we will continue displaying the products on NAB2007. An attorney representing our case will contact you later.

Sincerely,
Weiguang Xiao
Vice President
SWIT Electronics Co., LTD
10 Hengtong Road
Nanjing 210038
P.R. China