Brown | McCarroll
L.L.P.

1127 Judson Road, Suite 220, Longview, Texas 75601-5157
PO Box 3999, Longview, Texas 75606-3999
903-236-9800   fax 903-236-8787

August 15, 2007

**VIA FEDERAL EXPRESS**

Office of the Secretary of State
Statutory Documents Section - Citations Unit
1019 Brazos Street
Austin, TX 78701

Re: *LitePanels, LLC and LitePanels, Inc. v. Thomas McKay d/b/a Varizoom Lens Controls, Tom's Way, Inc. and Swit Electronics Co., Ltd.;* No. 6:07-CV-239; In the Eastern District of Texas, Tyler Division

Dear Sir or Madam:

Pursuant to Texas Business Organizations Code $5.251 and 5.252, enclosed please find two copies of an Amended Complaint, Exhibits A and B, and the Summons for Tom's Way, Inc., a Texas Corporation, which we respectfully request service on at P. O. Box 201990, Austin, TX 78720, by and through it's registered agent, Thomas McKay.

Also enclosed is our firm's check in the amount of $55.00 for the costs of service.

Thank you for your prompt attention to this matter. Please contact me if you have any questions.

Sincerely,

N. Claire Abernathy

3992895.1
55652Austin • Dallas • Houston • Longview • El Paso