1  **WANG, HARTMANN & GIBBS, P.C.**
   A Professional Law Corporation
2  Richard F. Cauley (SBN: 109194)
   Erick P. Wolf (SBN: 224906)
3  Larry E. Severin (SBN: 223409)
   1301 Dove Street, Suite 1050
4  Newport Beach, CA  92660
   Telephone:  (949) 833-8483
5  Facsimile:   (949) 833-2281

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

| SWIT ELECTRONICS CO., LTD, a China corporation, | Case No.C-07-02645 JSW |
|---|---|
| Plaintiff, | **DECLARATION OF ERICK P. WOLF IN SUPPORT OF PLAINTIFF SWIT'S SUR-REPLY TO MOTION TO DISMISS OR TRANSFER VENUE** |
| vs. | |
| LITEPANELS LLC., a California limited liability company, | |
| Defendant. | |

20       I, Erick P. Wolf, declare as follows:

21       1.      I am a member of the State Bar of California and admitted to practice in the

22  Northern District of California.  I am an associate of Wang, Hartmann & Gibbs, P.C. in Newport

23  Beach, California.

24       2.      I submit this declaration in support of Plaintiff Swit's Sur-reply to Motion to

25  Dismiss or Transfer Venue.  I have personal knowledge of the facts stated herein, and could and

26  would competently testify to them under oath if called as a witness.

27

28

- 1 -

**DECLARATION OF ERICK P. WOLF IN SUPPORT OF PLAINTIFF SWIT'S SUR-REPLY
TO MOTION TO DISMISS OR TRANSFER VENUE**

3. Swit served document requests on Litepanels on August 6th, requested documents produced by Litepanels in the Gekko litigation on August 15th, and prepared third-party subpoenas to Litepanels distributors on August 16th.

4. Litepanels failed to produce any documents responsive to the document requests.

5. Swit offered to narrow the document requests to nos. 1-16, 32, 33 and 51.

6. Litepanels failed to produce any documents responsive to the third-party subpoenas.

7. Litepanels failed to produce any documents responsive to the request for the Gekko production.

I declare under penalty of perjury that under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of October 2007, in Atlanta, Georgia.

/s/Erick P. Wolf
Erick P. Wolf

- 2 -

**DECLARATION OF ERICK P. WOLF IN SUPPORT OF PLAINTIFF SWIT'S SUR-REPLY TO MOTION TO DISMISS OR TRANSFER VENUE**