**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 10, 2007

**United States District Court-Eastern Texas**
**106 Federal Building**
**211 West Ferguson Street**
**Tyler, TX 75702**

RE: CV 07-02645 JSW  SWIT ELECTRONICS LTD-v-LITEPANELS LLC

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒  Certified copy of docket entries.

    ☒  Certified copy of Transferral Order.

    ☒  Original case file documents.

    ☒  Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk

        by:  Hilary D. Jackson
        Case Systems Administrator

Enclosures
Copies to counsel of record

.